EXHIBIT A



Exhibit A - Page 1 of 1