EXHIBIT B
The Property



EXHIBIT B - PAGE 1 OF 3



Portland General Electric
Legal Description for Condemnation – CONFIDENTIAL
April 6, 2022

Tax Map 2S2E31
Tax Lots 702 and 600

Legal description for Condemnation describing the disputed area claimed by Portland General Electric Company (PGE) at Willamette Falls located in the Southeast one quarter of Section 36, Township 2 South, Range 1 East and in the Southwest one quarter of Section 31, Township 2 South Range 2 East, Willamette Meridian. The said tract being more particularly described as follows:

All that land lying above the Ordinary Low Water Line of the Willamette River at an elevation of 6.0 feet (NGVD 29 datum) and being bounded as follows:

On the left bank on the north by the outfall channel of the Sullivan Power Plant at the north end of Moore's Island

On the left bank on the west by the Robert Moore Donation Land Claim (Moore DLC) No. 67 in the area known as Moore's Island

On the left bank on the southwest by the existing Federal Energy Regulatory Commission (FERC) project boundary (Project No 2233) at the top of Willamette Falls near the existing PGE dam structure and extending between the said Moore DLC and that tract of land known as Abernethy Island described in the patent from the United States to Portland General Electric.

On the south at the center of the said falls and the right bank of the river by said Abernethy Island tract

On the right bank on the north by the south line of that tract of land granted to the Confederated Tribes of Grand Ronde deed Document No. 2019-048467, Clackamas County Deed Records.

**TOGETHER WITH** the following described tract on the right bank of the Willamette River:

A tract of land bounded west by the said Ordinary Low Water Line of the Willamette River; bounded on the south by the said Abernethy Island tract conveyed to Portland General Electric; bounded on the north by said deed to Confederated Tribes of Grand Ronde by Document no. 2019-048467 and by that Property Line adjustment deed to Portland General Electric by Document no. 2000-041748, Clackamas County Deed Records; bounded on the east by said existing Federal Energy Regulatory Commission (FERC) project boundary (Project No 2233) at the top of the falls.

The total area of the property herein described being 4.82 acres more or less.

Page 1 of 2
EXHIBIT B – PAGE 2 OF 3



The intent of this description is to include all those portions of the said Moore DLC known as Moore's Island lying between the historically described meander line and the Ordinary Low Water Line of the left bank of the Willamette River; all of the Willamette Falls area lying between the Moore DLC and the Abernethy Island tract conveyed by patent to Portland General Electric; all the area lying between the said Ordinary Low Water Line of the right bank of the Willamette River and the combined area of the said patent from the United States to Portland General Electric and the area within the Portland General Electric Willamette Falls Operational Boundaries not previously defined, but generally depicted in Exhibit G of the Willamette Falls Development Project, Federal Energy Regulatory Commission (FERC) Project no. 2233.

```
REGISTERED
PROFESSIONAL
LAND SURVEYOR

                    Patrick M. Gaylord
DIGITALLY SIGNED    2022.04.06
                    16:43:57-07'00'
    OREGON
   JULY 10, 1996
PATRICK M. GAYLORD
      2767
RENEWS:
```

Page 2 of 2

EXHIBIT B – PAGE 3 OF 3