Stephen T. Janik, OSB #741538
Jack L. Orchard, OSB #721888
sjanik@balljanik.com
jorchard@balljanik.com
Ball Janik LLP
101 SW Main St., Ste. 1800
Portland, OR 97204-3219
(503) 228-2525
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON, by and through THE OREGON DEPARTMENT OF STATE LANDS, and +/- FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON,<br><br>Defendant. | Case No.: 3:22-cv-00533-SB<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Under Fed. R. Civ. P. 7.1 and LR 7.1, Plaintiff respectfully submits this Corporate Disclosure Statement. Portland General Electric Company has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: April 8, 2022

                                                    s/ Stephen T. Janik
                                                  Stephen T. Janik, OSB 741538
                                                  Jack L. Orchard, OSB 721888
                                                  Attorneys for Plaintiff