Stephen T. Janik, OSB #741538
Jack L. Orchard, OSB #721888
sjanik@balljanik.com
jorchard@balljanik.com
Ball Janik LLP
101 SW Main St., Ste. 1800
Portland, OR 97204-3219
(503) 228-2525
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON, by and through THE OREGON DEPARTMENT OF STATE LANDS, and +/- FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON,<br><br>Defendant. | Case No.: 3:22-cv-00533-SB<br><br><br>PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT |

Under Fed. R. Civ. P. 7.1 and LR 7.1, Plaintiff respectfully submits this Amended Corporate Disclosure Statement. Vanguard Group Inc. is the only publicly held company that owns 10% or more of PGE's stock.

Dated: May 24, 2022.

s/ Stephen T. Janik
Stephen T. Janik, OSB 741538
Jack L. Orchard, OSB 721888
Attorneys for Plaintiff

1358766\v1

Page 1 – PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT
1358766/v1