

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | May 24, 2022 |
| Case Number: | 3:22−cv−00533−SI |
| Case Title: | Portland General Electric Company v. State of Oregon et al |

**(A)  Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Stacie F. Beckerman to the Honorable Michael H. Simon, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy:    Mary Austad
                                 Telephone:  503−326−8034
                                 Email:  mary_austad@ord.uscourts.gov

    Docket Information:    Telephone:  503−326−8050

**(B)  Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)  Change to the Case Number:** Effective immediately, Judge Simon's initials (SI) will replace the previous judge's initials in this case.

                                                      **MELISSA AUBIN**
                                                        **Clerk of Court**

cc:    Judge Simon
        Counsel of Record