Stephen T. Janik, OSB #741538
Jack L. Orchard, OSB #721888
sjanik@balljanik.com
jorchard@balljanik.com
Ball Janik LLP
101 SW Main St., Ste. 1800
Portland, OR 97204-3219
(503) 228-2525
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON, by and through THE OREGON DEPARTMENT OF STATE LANDS, and +/- FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON,<br><br>Defendant. | Case No.: 3:22-cv-00533-SI<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME |

Under Fed. R. Civ. P. 6(b), plaintiff Portland General Electric Company ("PGE") respectfully asks this Court for an extension of the deadline to file PGE's response to Proposed Intervenor-Defendant Confederated Tribes of the Grand Ronde Community of Oregon's Motion to Intervene as Defendant and Memorandum in Support [Dkt. 7]. Under LR 7-1(a), Counsel for PGE conferred with counsel for the State of Oregon and with counsel for the Confederated

Page 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME
1359099\v2

Tribes of the Grand Ronde Community ("Grand Ronde") about the extension of time sought in this motion and both confirmed that this motion is unopposed.

Grand Ronde filed its respective motion on May 19, 2022. Under LR 7-1(e), PGE's response to the motion is due on June 2, 2022. PGE respectfully requests an extension of this deadline to June 13, 2022. Due to the unavailability of a PGE executive who is currently out of the country, PGE does not have the necessary information required to respond to Grand Ronde's motion. This motion is made in good faith and is not made solely for the purposes of delay. No trial date has been set for this case and granting the relief sought herein will neither affect any deadlines set by this Court nor unduly delay the resolution of the matter.

Dated: May 31, 2022.

BALL JANIK LLP

s/ Stephen T. Janik
Stephen T. Janik, OSB #741538
Jack L. Orchard, OSB #721888
sjanik@balljanik.com
jorchard@balljanik.com
101 SW Main St., Ste. 1800
Portland, OR 97204-3219
(503) 228-2525
Attorneys for Plaintiff