Stephen T. Janik, OSB #741538
Jack L. Orchard, OSB #721888
sjanik@balljanik.com
jorchard@balljanik.com
Ball Janik LLP
101 SW Main St., Ste. 1800
Portland, OR 97204-3219
(503) 228-2525
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON, by and through THE OREGON DEPARTMENT OF STATE LANDS, and +/- FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON,<br><br>Defendant. | Case No.: 3:22-cv-00533-SB<br><br>**DECLARATION OF PATRICK GAYLORD IN SUPPORT OF PORTLAND GENERAL ELECTRIC COMPANY'S RESPONSE TO GRAND RONDE MOTION FOR INTERVENTION** |

I, Patrick Gaylord, declare as follows:

1. I am an Oregon licensed surveyor, License No. 2767.

2. I was retained by PGE to prepare a legal description of certain areas of the Willamette River bank and related rock outcroppings for purposes of PGE filing a condemnation action.

1- DECLARATION OF PATRICK GAYLORD IN SUPPORT OF PORTLAND GENERAL ELECTRIC COMPANY'S RESPONSE TO GRAND RONDE MOTION FOR INTERVENTION

3. PGE filed an action in U.S. District Court, Case No. 3:22-CV-00533 and attached to that Complaint as Exhibit B is the metes and bounds legal description that I prepared.

4. The metes and bounds legal description identifies the boundary line between the property to be condemned and property owned by the Confederated Tribes of Grand Ronde as follows: "...and being bounded as follows: ...On the right bank on the north by the south line of that tract of land granted to the Confederated Tribes of Grand Ronde deed Document No. 2019-048467, Clackamas County Deed Records". The purpose of this reference to the above-described Deed was to exclude from the area being condemned any portion of the land owned by the Confederated Tribes of Grand Ronde.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: June 10, 2022

/s/ Patrice Gaylord
Patrick Gaylord

2- DECLARATION OF PATRICK GAYLORD IN SUPPORT OF PORTLAND GENERAL ELECTRIC COMPANY'S RESPONSE TO GRAND RONDE MOTION FOR INTERVENTION

1360537\v1
62187.0021.0002\155666665.1