Stephen T. Janik, OSB #741538
Jack L. Orchard, OSB #721888
sjanik@balljanik.com
jorchard@balljanik.com
Ball Janik LLP
101 SW Main St., Ste. 1800
Portland, OR 97204-3219
(503) 228-2525
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON, by and through THE OREGON DEPARTMENT OF STATE LANDS, and +/- FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON,<br><br>Defendants. | Case No.: 3:22-cv-00533-SB<br><br>**NOTICE OF APPEARANCE OF JACK L. ORCHARD – COUNSEL FOR PLAINTIFF** |

PLEASE TAKE NOTICE that Jack L. Orchard hereby appears as counsel for Plaintiff Portland General Electric Company. Please include the above-named counsel on all further court notices, papers, and pleadings for this case:

> **Jack L Orchard, OSB 721888**
> jorchard@balljanik.com
> BALL JANIK LLP
> 101 SW Main St., Ste. 1800
> Portland, OR 97204
> Tel: (503) 228-2525

DATED: August 30, 2022 BALL JANIK LLP

By: s/ Jack L. Orchard
    Jack L Orchard, OSB 721888
    jorchard@balljanik.com
    BALL JANIK LLP
    101 SW Main St., Ste. 1800
    Portland, OR 97204
    Tel: (503) 228-2525

Attorneys for Plaintiff