ELLEN F. ROSENBLUM
Attorney General
NINA R. ENGLANDER #106119
SHAUNEE MORGAN #194256
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| Portland General Electric Company, | |
|---|---|
| Plaintiff(s), | Case No.: 3:22-cv-00533-SI |
| v. | |
| State of Oregon et al., | JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT |
| Defendant(s). | |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1.  Have counsel held settlement discussions with their clients and the opposing party?

    ✓ Yes    ☐ No

    If not, provide an explanation:

    _____

    _____

2. The parties propose: (*check one of the following*)

☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____

_____

_____

☐ (c) ADR may be helpful at a later date following completion of:

_____

_____

☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☑ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f) Other:

_____

_____

_____

Dated: September 6, 2022            By:    s/Nina R. Englander

                                                  Of Attorneys for State of Oregon

                                           By:    s/Jack L. Orchard

                                                  Attorneys for Plaintiff