**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Christopher W. Rich**, OSB No. 990954
CRich@perkinscoie.com
**Megan K. Houlihan**, OSB No. 161273
MHoulihan@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PORTLAND GENERAL ELECTRIC**, an Oregon corporation,<br><br>    Plaintiff,<br><br> v.<br><br>**STATE OF OREGON**, by and through **THE OREGON DEPARTMENT OF STATE LANDS**, and +/- **FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON**,<br><br>    Defendants,<br><br> and<br><br>**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON**, a federally recognized Indian tribe,<br><br>    Intervenor-Defendants. | No. 3:22-cv-00533-SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

1-   NOTICE OF SUBSTITUTION OF COUNSEL

62187.0021.0002\158945995.1

NOTICE IS HEREBY GIVEN that Erick J. Haynie, Christopher W. Rich, and Megan K. Houlihan of the law firm Perkins Coie LLP, 1120 NW Couch Street, 10th Floor, Portland, Oregon 97209 are substituted for Stephen T. Janik and Jack L. Orchard of the law firm Ball Janik LLP as counsel of record on behalf of plaintiff Portland General Electric. Please direct all communications, ECF notices, and service of pleadings to counsel at the contact information shown below:

Erick J. Haynie
EHaynie@perkinscoie.com
Christopher W. Rich
CRich@perkinscoie.com
Megan K. Houlihan
MHoulihan@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

DATED: November 3, 2022

**PERKINS COIE LLP**

By: *s/Erick J. Haynie*

**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Christopher W. Rich**, OSB No. 990954
CRich@perkinscoie.com
**Megan K. Houlihan**, OSB No. 161273
MHoulihan@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Plaintiff*

62187.0021.0002\158945995.1