**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Christopher W. Rich**, OSB No. 990954
CRich@perkinscoie.com
**Megan K. Houlihan**, OSB No. 161273
MHoulihan@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PORTLAND GENERAL ELECTRIC COMPANY**, an Oregon corporation;<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF OREGON,** by and through **THE OREGON DEPARTMENT OF STATE LANDS** and +/- **FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON**;<br><br>Defendants,<br><br>and<br><br>**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON**, a federally-recognized Indian tribe,<br><br>Intervenor-Defendant. | Case No. 3:22-cv-00533-SI<br><br>**JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE** |

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

**LR 7.1 CERTIFICATION**

In accordance with LR 7-1, the parties have conferred regarding this Motion and jointly request that the Court extend the fact discovery deadline as proposed below.

**MOTION**

Pursuant to Fed. R. Civ. P. 16 and LR 16-3(a), the parties jointly request an extension of the fact discovery deadline.

| Activity | Current Deadline | Requested Deadline |
|---|---|---|
| Fact Discovery Deadline | January 5, 2023 | March 17, 2023 |

The parties request an extension of the fact discovery deadline for two reasons. First, given the scope of Intervenor-Defendant's requests for production of documents, Plaintiff requires more time to collect, review, and produce documents. In Plaintiff's initial search for responsive documents, Plaintiff identified 100 gigabytes of data and anticipates identifying even more data as Plaintiff continues to run searches. Running the searches takes time, and reviewing the data takes additional time. An extension of the discovery deadline will allow Plaintiff thoroughly to complete collection, review, and production.

Second, even after Plaintiff finishes production of documents, Intervenor-Defendant requires time to review the documents before the discovery deadline. Without time to review the documents, Intervenor-Defendant cannot identify whether additional fact discovery is necessary.

The parties request an extension of the fact discovery deadline in good faith and not for the purposes of delay. The parties do not expect this extension to affect any other case deadlines. Accordingly, the parties request that the Court extend the fact discovery deadline up to and including March 17, 2023.

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

DATED:   December 19, 2022.

**OREGON DEPARTMENT OF JUSTICE**

By: */s/ Nina R. Englander*

**Shaunee Vanessa Morgan**, OSB No. 194256
shaunee.morgan@doj.state.or.us
**Nina R. Englander**, OSB No. 106119
nina.englander@doj.state.or.us
Trial Division
100 SW Market Street
Portland, Oregon 97201
Telephone: +1.971.673.1880

*Attorneys for Defendant State of Oregon*

**PERKINS COIE LLP**

By: */s/ Erick J. Haynie*

**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Christopher W. Rich**, OSB No. 990954
CRich@perkinscoie.com
**Megan K. Houlihan**, OSB No. 161273
MHoulihan@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000

*Attorneys for Plaintiff*

**TRIBAL ATTORNEY'S OFFICE - CONFEDERATED TRIBES GRAND RONDE**

By: */s/ Kimberly S. D'Aquila*

**Kimberly S. D'Aquila**, OSB No. 962557
kim.daquila@grandronde.org
9615 Grand Ronde Road
Grand Ronde, Oregon 97347
Telephone: +1.503.879.2170

**Richard Roos-Collins**, *pro hac vice*
rrcollins@waterpowerlaw.com
Water and Power Law Group, PC
2140 Shattuck Avenue, Suite 801
Berkley, California 94704
Telephone: +1.510.296.5589

*Attorneys for Intervenor-Defendant*

*Confederated Tribes of the Grand Ronde Community of Oregon*

3-   JOINT MOTION TO EXTEND DISCOVERY
     DEADLINE