**Kimberly D'Aquila, OSB #962557**
kim.daquila@grandronde.org
Tribal Attorney's Office
Confederated Tribes of Grand Ronde
9615 Grand Ronde Road
Grand Ronde, Oregon 97347
503/879-4664

**Richard Roos-Collins** (Cal. Bar #123231) (*admitted pro hac vice*)
rrcollins@waterpowerlaw.com
Water and Power Law Group PC
2140 Shattuck Avenue, Suite 801
Berkeley, California 94704
510/296-5589

Attorneys for Intervenor-Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF OREGON, by and through THE OREGON DEPARTMENT OF STATE LANDS, and +/- FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON,<br><br>    Defendants,<br><br>    and | Case No.: 3:22-CV-00533-SI<br><br>**JOINT MOTION TO MODIFY CASE MANAGEMENT SCHEDULE** |

PAGE 1 – JOINT MOTION TO MODIFY CASE MANAGEMENT SCHEDULE

| CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON, a federally-recognized Indian tribe, | |
|---|---|
| Intervenor-Defendant. | |

## LR 7.1 CERTIFICATION

In accordance with LR 7-1, the parties have conferred regarding this Motion and jointly request that the Court amend the Case Management Schedule as proposed below.

## MOTION

Pursuant to Fed. R. Civ. P. 16 and LR 16-3(a), the parties jointly move the Court to amend the fact discovery deadline as well as the deadline for the filing, response, and replies to dispositive motions as follows:

| Activity | Current Deadline | Requested Deadline |
|---|---|---|
| Fact Discovery Deadline | May 16, 2023 | June 16, 2023 |
| Dispositive Motions | June 16, 2023 | July 17, 2023 |
| Responses to Dispositive Motions | July 17, 2023 | August 17, 2023 |
| Replies to Dispositive Motions | July 31, 2023 | August 31, 2023 |

The parties request an extension of the fact discovery deadline and subsequent deadlines relating to dispositive motions for several reasons. Plaintiff has recently supplemented its responses to Intervenor-Defendant's first request for production of documents and interrogatories. Plaintiff intends to produce additional documents in accordance with its supplemental response and additional time is necessary to allow Plaintiff to complete that production.

An extension of time is also necessary to ensure that Intervenor-Defendant has the ability to review the additional production and conduct additional discovery based on Plaintiff's supplemental production and interrogatory responses.

Finally, Intervenor-Defendant and Plaintiff are continuing to confer on discovery issues including depositions and Plaintiff's privilege log. An extension will allow the parties additional opportunities to meet and confer in an effort to resolve these issues.

This request for an extension of the fact discovery deadline is made in good faith and not for purposes of delay. The proposed change to the fact discovery deadline will affect the current deadlines for filing and responding to dispositive motions. Accordingly, the parties also request that the Court extend the deadlines for filing of and the responses and replies to dispositive motions as set out in the table above.

Dated: May 4, 2023.

| **Attorneys for Plaintiff** | **Attorneys for Intervenor-Defendant** |
|---|---|
| */s/ Megan K. Houlihan* <br> Erick J. Haynie, OSB #982482 <br> Christopher W. Rich, OSB #990954 <br> Megan K. Houlihan, OSB #161273 | */s/ Kimberly D'Aquila* <br> Kimberly D'Aquila, OSB #962557 <br> Richard Roos-Collins (Cal. Bar #123231) <br>    *Admitted pro hac vice* |

**Attorneys for Defendant**

*/s/ Nina R. Englander*
Shaunee Vanessa Morgan, OSB #194256
Nina R. Englander, OSB #106119