**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Christopher W. Rich**, OSB No. 990954
CRich@perkinscoie.com
**Megan K. Houlihan**, OSB No. 161273
MHoulihan@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile:  +1.503.727.2222

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PORTLAND GENERAL ELECTRIC COMPANY**, an Oregon corporation;<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF OREGON**, by and through **THE OREGON DEPARTMENT OF STATE LANDS** and +/- **FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON**;<br><br>Defendants,<br><br>and<br><br>**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON**, a federally-recognized Indian tribe,<br><br>Intervenor-Defendant. | Case No. 3:22-cv-00533-SI<br><br>**DECLARATION OF ERICK J. HAYNIE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

DECLARATION OF ERICK J. HAYNIE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Erick J. Haynie, declare as follows:

1.    I am an attorney with the law firm of Perkins Coie LLP.   Our firm represents the Plaintiff, Portland General Electric Company ("Plaintiff"), in these proceedings.

2.    The Defendant in this action is the State of Oregon, by and through the Oregon Department of State Lands ("DSL").  DSL is an administrative agency of the State Land Board. On behalf of the State Land Board, DSL manages land owned by the State of Oregon.

3.    Attached as **Exhibit 1** is a true and correct copy of Plaintiff's Expert Witness Disclosure/Report for Mr. Patrick Gaylord (Oregon licensed surveyor).  This exhibit includes, as a sub-exhibit, a true and correct copy of a sworn declaration from Mr. Gaylord dated June 10, 2022, previously filed in this action at ECF 17.  No party or intervenor in this action served or filed any expert report in this action challenging or disputing Mr. Gaylord's survey work.  Nor did any party request to depose Mr. Gaylord during discovery.

4.    Attached as **Exhibit 2** is a true and correct copy of an order from the Federal Energy Regulatory Commission ("FERC") filed September 15, 2003, and published by FERC at 104 FERC ¶ 61,295.

5.    Attached as **Exhibit 3** is a true and correct copy of an excerpt from the website of the Confederated Tribes of Grand Ronde ("Grand Ronde"), found at https://www.grandronde.org/history-culture/history/our-story/.  The except was reformatted slightly in order to generate Exhibit 3 in a PDF form suitable for filing with the Court.  Due to the reformatting, some of the pictures (and a video published on the website) do not appear on Exhibit 3.

6.    Attached as **Exhibit 4** is a true and correct copy of Plaintiff's Expert Witness Disclosure/Report for John V. Donnerberg.  As noted in his report, Mr. Donnerberg has valued the property at issue in this action (the "Condemnation Property") at $150,000.  No party or intervenor in this action served or filed any expert report in this action challenging or disputing

1-    DECLARATION OF ERICK J. HAYNIE IN
      SUPPORT OF PLAINTIFF'S MOTION FOR
      SUMMARY JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222

062187.0028\163671523.1

Mr. Donnerberg's valuation.  Nor did any party request to depose Mr. Donnerberg during discovery.

7.    Attached as **Exhibit 5** is an excerpt from the June 7, 2023 deposition in this action of Mini Sharma-Ogle, a PGE employee.

8.    Attached as **Exhibit 6** is a true and correct copy of an email dated May 8, 2017 between Nick Loos and Bradley Jenkins (two PGE employees), and a related email string, produced by PGE in this litigation at PGE_015365 *et seq.*  Our office has added the yellow highlighting to reference a relevant portion of this exhibit.  Attached as **Exhibit 7** is a true and correct copy of a further email in this same string, also dated May 8, 2017, from Mr. Jenkins to Mr. Loos, and produced by PGE at PGE_015361.  Our office again added the yellow highlighting to reference a relevant portion of this exhibit.

9.    Attached as **Exhibit 8** is a true and correct copy of an email from Kelly Dirksen of Grand Ronde dated April 26, 2017.  This email was produced by PGE in this action at PGE_015436.  Our office has added the yellow highlighting to reference a relevant portion of this exhibit.

10.    Attached as **Exhibit 9** is a true and correct copy of a request for contested case hearing, filed on behalf of PGE by our law firm (Perkins Coie LLP) on or about December 14, 2018.  This contested case hearing request concerned the "Registration" issued to Grand Ronde by DSL on or about August 31, 2018 (the "Registration").  This contested case hearing request was prepared and submitted by my law partner, Christopher Rich.

11.    Attached as **Exhibit 10** is a true and correct copy of an email dated May 2, 2019, from Presiding Administrative Law Judge Alison G. Webster staying the administrative contested case hearing proceeding challenging DSL's issuance of the Registration to Grand Ronde.

2-    DECLARATION OF ERICK J. HAYNIE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222

062187.0028\163671523.1

12. Attached as **Exhibit 11** is an excerpt from the April 18, 2023 deposition in this action of Mark R. Lindley, a PGE employee.

13. Attached as **Exhibit 12** is an excerpt from the April 18, 2023 deposition in this action of Nicholas ("Nick") Loos, a PGE employee.

14. For general reference, I attach the following published orders from FERC as set forth below:

    a. **Exhibit 13A**: *Halecrest Co.*, 60 FERC ¶ 61,121 (1992);

    b. **Exhibit 13B**: *Ampersand Cranberry Lake Hydro, LLC,* 179 FERC ¶ 61,037 (2022);

    c. **Exhibit 13C**: *Peklo*, 186 FERC ¶ 61,208 (2024);

    d. **Exhibit 13D**: *Portland Gen. Elec. Co.*, 181 FERC ¶ 62,061 (2022); and

    e. **Exhibit 13E**: *Sac. Mun. Utility Dist.*, 178 FERC ¶ 61, 112 (2022).

*I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.*

Dated this 13th day of September, 2023, at Hood River, Oregon.

/s/ *Erick J. Haynie*
Erick J. Haynie

3-    DECLARATION OF ERICK J. HAYNIE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

062187.0028\163671523.1