**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Christopher W. Rich**, OSB No. 990954
CRich@perkinscoie.com
**Megan K. Houlihan**, OSB No. 161273
MHoulihan@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PORTLAND GENERAL ELECTRIC**, an Oregon corporation, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF OREGON**, by and through **THE OREGON DEPARTMENT OF STATE LANDS**, and +/- **FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON**, <br><br> Defendants, <br><br> and <br><br> **CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON**, a federally recognized Indian tribe, <br><br> Intervenor-Defendants. | No. 3:22-cv-00533-SI <br><br> **PLAINTIFF'S EXPERT WITNESS DISCLOSURE/REPORT (GAYLORD)** |

1- PLAINTIFF'S EXPERT WITNESS
DISCLOSURE/REPORT (GAYLORD)

62187.0021.0002\159334760.1

Exhibit 1
Page 1 of 12

Pursuant to Federal Rule of Civil Procedure 26(a)(2), plaintiff Portland General Electric ("Plaintiff") hereby discloses the following witness who may provide expert testimony in this matter:

Patrick M. Gaylord, PLS
DAVID EVANS AND ASSOCIATES, INC.
2100 S. River Parkway
Suite 100
Portland, OR 97201
Pat.Gaylord@deainc.com

Mr. Gaylord is a professional land surveyor with David Evans & Associates, Inc. A copy of Mr. Gaylord's resume is attached hereto as **Exhibit A**. Mr. Gaylord may be contacted through undersigned legal counsel.

Mr. Gaylord is the author of Exhibit B to the Complaint in this action, which provides a legal description of the Property at issue in this condemnation proceeding. An additional copy of Exhibit B to the Complaint (ECF No. 1-3) is attached hereto as **Exhibit B**. As necessary or appropriate, Mr. Gaylord may be called to testify as to the authenticity of Exhibit B, his work in preparing it, and the land it describes. Exhibit B contains Mr. Gaylord's digital signature and stamp as an Oregon registered professional land surveyor. Mr. Gaylord is also generally familiar with the history of Willamette Falls. Mr. Gaylord also previously submitted a signed declaration discussing his surveying work set forth on Exhibit B to the Complaint. A copy of that declaration is found at ECF No. 17, and an additional copy is attached as **Exhibit C**. Mr. Gaylord's industry publications are set forth on his resume (Exhibit A). Mr. Gaylord has not testified previously in an action within the past four (4) years.

2- PLAINTIFF'S EXPERT WITNESS
DISCLOSURE/REPORT (GAYLORD)

62187.0021.0002\159334760.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 2 of 12

DATED:  December 5, 2022

**PERKINS COIE LLP**

By: */s/ Erick J. Haynie*
    **Erick J. Haynie**, OSB No. 982482
    EHaynie@perkinscoie.com
    **Christopher W. Rich**, OSB No. 990954
    CRich@perkinscoie.com
    **Megan K. Houlihan**, OSB No. 161273
    MHoulihan@perkinscoie.com
    1120 N.W. Couch Street, Tenth Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

*Attorneys for Plaintiff*

3-   PLAINTIFF'S EXPERT WITNESS
    DISCLOSURE/REPORT (GAYLORD)

62187.0021.0002\159334760.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 3 of 12

RESUME

## Patrick M. Gaylord, PLS | Professional Land Surveyor



### BRIEF EXPERIENCE BIO

Pat is the Oregon Market Leader of Surveying and Geomatics for DEA. He is a licensed Professional Land Surveyor in Oregon (PLS 2767), Washington (PLS 45180) and Idaho(17028).  After graduation at Oregon State University with a BS in Forest Engineering, Pat was the co-owner of Gaylord Land Surveying from 1992-2007, Survey Manager for Harper Houf Peterson Righellis Inc. from 2007 - 2020 and now is employed by David Evans and Associates Inc as the Oregon Market Leader of Surveying and Geomatics.

His experience includes a wide range of survey including rural cadastral survey work, small private boundary and development projects and public projects for transportation and infrastructure of all sizes.  Delivery of projects include boundary and right-of-way retracement, topographic surveys, legal descriptions, construction staking and expert witness testimony.  Pat is adept in handling multiple schedules, consultants, contractors, and clients under changing project conditions.  He was recognized as Surveyor of the Year by the Professional Land Surveyors of Oregon in 2006 and 2021.

## WORK HISTORY

**1992-2007** - Co-Owner, Gaylord Land Surveying, Inc. providing Land Surveying and some Land Use Planning Services to developers and private land owners in Clackamas, Multnomah and Marion County, Oregon. Specialized in difficult boundary problems and boundary disputes and provided expert witness services in many of those cases for several local law offices.  Extensive land development experience with subdivisions up to 100 lots.  Surveying services included a full range of services to private property owners, farmers, timber companies, developers and commercial clients including a short line railroad company.

**2007-2020** - Survey Manager for Harper Houf Peterson Righellis, Inc.  Grew the surveying department from a staff of six to 18. Responsible for up to 17 employees and surveying services in three states, scheduling, equipment and resources for the Land Surveying department of this Portland based  multi-disciplinary firm. Interact with HR Department to manage employee needs with regards to benefits and scheduling of resources. Review contracts for both public and private contracts.  Prepare RFP responses for surveying and multi discipline contracts.  Supervise land surveying services on numerous private site development projects and public transportation and infrastructure projects.  Interact with and coordinate with department managers and project managers within the firm. Market to new and existing clients.

**2020 – Present** – Geomatics Market Leader, Oregon for David Evans and Associates – Responsible for project management, quality management, mentoring and business development for the Oregon Region and a staff of 30.

## EDUCATION AND PROFESSIONAL REGISTRATIONS

BS Forest Engineering, Oregon State University
Project Management Certificate, Portland State University (non-degree program)
Registered Professional Land Surveyor - Oregon PLS #2767, Washington PLS #45162, Idaho PLS #17028

RESUME



## PROFESSIONAL AND PERSONAL AFFILIATIONS

**Professional Land Surveyors of Oregon (PLSO)**
- 1996-2005 State Scholarship Chair
- 2006 - Professional Land Surveyors of Oregon State Board Chair
- 2010 Willamette Stone State Park Sesquicentennial Committee
- 2016 BOLI Task Force Chair
- 2017-2018 Professional Land Surveyors of Oregon Rebranding Taskforce Chair
- 2018 - Professional Land Surveyors of Oregon State Board Chair
- 2020-2021 –Chair PLSO Publications Committee
- 2020-2022 Co-Chair ACEC/PLSO Joint Task Force on Surveying Recruitment

**Land Surveyors Association of Washington (LSAW)** - member

**National Society of Professional Surveyors (NSPS)** – Oregon Director
- 2010 NSPS National Boy Scout Jamboree Staff teaching Surveying Merit Badge
- 2021 - Present Oregon Director to National Society of Professional Surveyors

**National Eagle Scout Association, Boy Scouts of America**

## PROFESSIONAL ACCOMPLISHMENTS AND AWARDS

2005 - Oregon State University, College of Forestry Advisory Board
2005-2012 – Oregon Institute of Technology, Industrial Advisory Committee for Geomatics
2006 - Surveyor of the Year, Professional Land Surveyors of Oregon
2006 and 2018 – Article of the Year, Oregon Surveyor Magazine
2018 – PLSO Bright Idea Award for PLSO Rebranding Task Force
2019 – Surveyor of the Year, Professional Land Surveyors of Oregon

## PROFESSIONAL PRESENTATIONS

2010 Oregon Cemetery Association Annual Conference – "Platting Cemeteries"
2011 PLSO Conference– "Teaching the Boy Scout Surveying Merit Badge"
2016 PLSO Conference and 2019 ODOT Surveying Conference– "Boones Ferry Road – A Case Study"
2020 PLSO Conference – "A Road Trip with the Lost Surveyors of Oregon"
2023 PLSO Conference Speaker (scheduled Jan 2023)

## PROFESSIONAL PUBLICATIONS

The Oregon Surveyor (Official publication of the PLSO)
- 2006 "Teaching the Survey Merit Badge" (Article of the Year)
- 2014-2021 cover photographer
- 2014-present "Lost Surveyor" columnist (2018 Article of the Year)
- 2016 "Reviving the Surveying Profession" article
  - Republished by: "The TBM", New Hampshire Land Surveyors Association; "Backsights and Foresights", South Dakota Society of Professional Land Surveyors; "The Gem State Surveyor", Idaho Society of Professional Land Surveyors

Exhibit 1
David Evans and Associates, Inc.
Page 5 of 12

EXHIBIT B
The Property



EXHIBIT B - PAGE 1 OF 3



Portland General Electric
**Legal Description for Condemnation – CONFIDENTIAL**
April 6, 2022

Tax Map 2S2E31
Tax Lots 702 and 600

Legal description for Condemnation describing the disputed area claimed by Portland General Electric Company (PGE) at Willamette Falls located in the Southeast one quarter of Section 36, Township 2 South, Range 1 East and in the Southwest one quarter of Section 31, Township 2 South Range 2 East, Willamette Meridian. The said tract being more particularly described as follows:

All that land lying above the Ordinary Low Water Line of the Willamette River at an elevation of 6.0 feet (NGVD 29 datum) and being bounded as follows:

On the left bank on the north by the outfall channel of the Sullivan Power Plant at the north end of Moore's Island

On the left bank on the west by the Robert Moore Donation Land Claim (Moore DLC) No. 67 in the area known as Moore's Island

On the left bank on the southwest by the existing Federal Energy Regulatory Commission (FERC) project boundary (Project No 2233) at the top of Willamette Falls near the existing PGE dam structure and extending between the said Moore DLC and that tract of land known as Abernethy Island described in the patent from the United States to Portland General Electric.

On the south at the center of the said falls and the right bank of the river by said Abernethy Island tract

On the right bank on the north by the south line of that tract of land granted to the Confederated Tribes of Grand Ronde deed Document No. 2019-048467, Clackamas County Deed Records.

**TOGETHER WITH** the following described tract on the right bank of the Willamette River:

A tract of land bounded west by the said Ordinary Low Water Line of the Willamette River; bounded on the south by the said Abernethy Island tract conveyed to Portland General Electric; bounded on the north by said deed to Confederated Tribes of Grand Ronde by Document no. 2019-048467 and by that Property Line adjustment deed to Portland General Electric by Document no. 2000-041748, Clackamas County Deed Records; bounded on the east by said existing Federal Energy Regulatory Commission (FERC) project boundary (Project No 2233) at the top of the falls.

The total area of the property herein described being 4.82 acres more or less.

Page **1** of **2**

EXHIBIT B – PAGE 2 OF 3

The intent of this description is to include all those portions of the said Moore DLC known as Moore's Island lying between the historically described meander line and the Ordinary Low Water Line of the left bank of the Willamette River; all of the Willamette Falls area lying between the Moore DLC and the Abernethy Island tract conveyed by patent to Portland General Electric; all the area lying between the said Ordinary Low Water Line of the right bank of the Willamette River and the combined area of the said patent from the United States to Portland General Electric and the area within the Portland General Electric Willamette Falls Operational Boundaries not previously defined, but generally depicted in Exhibit G of the Willamette Falls Development Project, Federal Energy Regulatory Commission (FERC) Project no. 2233.

REGISTERED
PROFESSIONAL
LAND SURVEYOR

Patrick M. Gaylord
DIGITALLY SIGNED     2022.04.06
16:43:57-07'00'

OREGON
JULY 10, 1996
PATRICK M. GAYLORD
2767

RENEWS:

Page 2 of 2

EXHIBIT B – PAGE 3 OF 3

Page 10 - COMPLAINT

1350551\v2

Exhibit 1
Page 8 of 12

Stephen T. Janik, OSB #741538
Jack L. Orchard, OSB #721888
sjanik@balljanik.com
jorchard@balljanik.com
Ball Janik LLP
101 SW Main St., Ste. 1800
Portland, OR 97204-3219
(503) 228-2525
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON, by and through THE OREGON DEPARTMENT OF STATE LANDS, and +/- FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON,<br><br>Defendant. | Case No.: 3:22-cv-00533-SB<br><br>**DECLARATION OF PATRICK GAYLORD IN SUPPORT OF PORTLAND GENERAL ELECTRIC COMPANY'S RESPONSE TO GRAND RONDE MOTION FOR INTERVENTION** |

I, Patrick Gaylord, declare as follows:

1.      I am an Oregon licensed surveyor, License No. 2767.

2.      I was retained by PGE to prepare a legal description of certain areas of the

Willamette River bank and related rock outcroppings for purposes of PGE filing a condemnation

action.

1- DECLARATION OF PATRICK GAYLORD IN SUPPORT OF PORTLAND GENERAL
ELECTRIC COMPANY'S RESPONSE TO GRAND RONDE MOTION FOR INTERVENTION
1360537\v1
62187.0021.0002\155666665.1

Exhibit 1
Page 9 of 12

3.      PGE filed an action in U.S. District Court, Case No. 3:22-CV-00533 and attached to that Complaint as Exhibit B is the metes and bounds legal description that I prepared.

4.      The metes and bounds legal description identifies the boundary line between the property to be condemned and property owned by the Confederated Tribes of Grand Ronde as follows: "...and being bounded as follows: ...On the right bank on the north by the south line of that tract of land granted to the Confederated Tribes of Grand Ronde deed Document No. 2019-048467, Clackamas County Deed Records". The purpose of this reference to the above-described Deed was to exclude from the area being condemned any portion of the land owned by the Confederated Tribes of Grand Ronde.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED:  June 10, 2022                    */s/ Patrice Gaylord*
                                          Patrick Gaylord

2-    DECLARATION OF PATRICK GAYLORD IN SUPPORT OF PORTLAND GENERAL
      ELECTRIC COMPANY'S RESPONSE TO GRAND RONDE MOTION FOR INTERVENTION

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S EXPERT WITNESS**

**DISCLOSURE/REPORT (GAYLORD)** on the following:

Shaunee Vanessa Morgan
Nina R. Englander
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
shaunee.morgan@doj.state.or.us
nina.englander@doj.state.or.us

Attorneys for Defendant State of
Oregon

Craig J. Dorsey
Kathleen M. Gargan
Lea Ann Easton
Dorsay & Easton LLP
1737 NE Alberta Street, Suite 208
Portland, OR 97211
craig@dorsayindianlaw.com
katie@dorsayindianlaw.com
leaston@dorsayindianlaw.com

Attorneys for Intervenor Plaintiff
Confederated Tribes of Siletz Indians

Kimberly S. D'Aquila
Tribal Attorney's Office
9615 Grand Ronde Road
Grand Ronde, OR 97347
kim.daquila@grandronde.org

Attorneys for Intervenor Defendant
Confederated Tribes of the Grand
Ronde Community of Oregon

Richard Roos-Collins
Water and Power Law Group, PC
2140 Shattuck Avenue, Suite 801
Berkeley, CA 94704
rrcollins@waterpowerlaw.com

Attorneys for Intervenor Defendant
Confederated Tribes of the Grand Ronde
Community of Oregon

by causing a full, true, and correct copy thereof, addressed to the last-known address, to be sent by the following indicated method or methods, on the date set forth below:

**X**    by **mailing** in a sealed, first-class postage-prepaid envelope and deposited with the United States Postal Service.

**X**    by **emailing**.

1-   CERTIFICATE OF SERVICE

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 1
Page 11 of 12

62187.0021.0002\159334760.1

DATED:  December 5, 2022

**PERKINS COIE** LLP

By: */s/ Erick J. Haynie*
    **Erick J. Haynie**, OSB No. 982482
    EHaynie@perkinscoie.com
    1120 N.W. Couch Street, 10th Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile: 503.727.2222

Attorneys for Plaintiff

2-  CERTIFICATE OF SERVICE

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128  Exhibit 1
Phone:  503.727.2000  Page 12 of 12
Fax:  503.727.2222

62187.0021.0002\159334760.1