**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Christopher W. Rich**, OSB No. 990954
CRich@perkinscoie.com
**Megan K. Houlihan**, OSB No. 161273
MHoulihan@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PORTLAND GENERAL ELECTRIC**, an Oregon corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>**STATE OF OREGON**, by and through **THE OREGON DEPARTMENT OF STATE LANDS**, and +/- **FIVE ACRES OF UNIMPROVED LAND ALONG THE WILLAMETTE RIVER NEAR WEST LINN, OREGON**,<br><br>        Defendants,<br><br>    and<br><br>**CONFEDERATED TRIBES OF THE GRAND RONDE COMMUNITY OF OREGON**, a federally recognized Indian tribe,<br><br>        Intervenor-Defendants. | No. 3:22-cv-00533-SI<br><br>**PLAINTIFF'S EXPERT WITNESS DISCLOSURE/REPORT (DONNERBERG)** |

1-  PLAINTIFF'S EXPERT WITNESS
    DISCLOSURE/REPORT (DONNERBERG)

62187.0021.0002\159312732.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 4
Page 1 of 66

Pursuant to Federal Rule of Civil Procedure 26(a)(2), plaintiff Portland General Electric ("Plaintiff") hereby discloses the following witness who may provide expert testimony in this matter:

John V. Donnerberg, MAI
DONNERBERG ENTERPRISES, LLC
Real Property Appraisal Services
22542 E Brightwater Way
Rhododendron, OR 97049
Phone:  503.936.5129
John@Donnerberg.com

Mr. Donnerberg is a licensed appraiser and will provide testimony concerning the market value of the real property at issue in this condemnation proceeding.  A statement of Mr. Donnerberg's valuation opinion, which includes a discussion of supporting exhibits, materials, bases and reasons, is set forth in his appraisal report, a copy of which is attached as **Exhibit A**. A statement of Mr. Donnerberg's compensation for serving as an expert witness (appraiser) in this matter is attached as **Exhibit B**.  Mr. Donnerberg has over twenty five (25) years' experience as an Oregon real estate appraiser.  Mr. Donnerberg's resume (CV) is attached as **Exhibit C**.  Mr. Donnerberg has not provided testimony as a witness in any action during the previous four (4) years and has not published any professional article in the past ten (10) years. Mr. Donnerberg served as faculty for The Seminar Group's eminent domain appraisal panel for a course held June 3-4, 2021 in Portland, Oregon.

2-   PLAINTIFF'S EXPERT WITNESS
DISCLOSURE/REPORT (DONNERBERG)

62187.0021.0002\159312732.2

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 4
Page 2 of 66

DATED:  December 5, 2022             **PERKINS COIE** LLP


By: */s/ Erick J. Haynie*
    **Erick J. Haynie**, OSB No. 982482
    EHaynie@perkinscoie.com
    **Christopher W. Rich**, OSB No. 990954
    CRich@perkinscoie.com
    **Megan K. Houlihan**, OSB No. 161273
    MHoulihan@perkinscoie.com
    1120 N.W. Couch Street, Tenth Floor
    Portland, OR  97209-4128
    Telephone:  503.727.2000
    Facsimile:  503.727.2222

*Attorneys for Plaintiff*

3- PLAINTIFF'S EXPERT WITNESS
   DISCLOSURE/REPORT (DONNERBERG)

62187.0021.0002\159312732.2

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 4
Page 3 of 66

APPRAISAL OF

Willamette Falls Property
Willamette Falls, Oregon
Portion of Clackamas County Assessor Map 2S2E31
JD21-19-01-R2

PREPARED FOR

Portland General Electric Company
Mark Lindley
Real Estate Strategy, Acquisitions & Dispositions
121 SW Salmon Street
Portland, OR 97204

PREPARED BY:

Donnerberg Enterprises, LLC
John V. Donnerberg, MAI
24965 East Hillview Drive
Rhododendron, OR 97049

DATE OF VALUE

March 31, 2022

Exhibit 4
Page 4 of 66
Exhibit A
Page 1 of 55



**DONNERBERG ENTERPRISES, LLC**
*Real Property Appraisal Services*
24965 East Hillview Drive
Rhododendron, OR 97049
Phone (503) 297-9046
John@Donnerberg.com

April 21, 2022

Portland General Electric Company
Mark Lindley
Real Estate Strategy, Acquisitions & Dispositions
121 SW Salmon Street
Portland, OR 97204

Re:     Willamette Falls Property Appraisal
        Willamette Falls, Oregon
        Subject located on Clackamas County Assessor Map 2S2E31
        Appraiser file JD21-19-01-R2

Dear Mr. Lindley,

In accordance with your request, I have completed an appraisal of the above-referenced property.  It is my opinion, that the value of the defined subject property as of March 31, 2022, is:

**ONE HUNDRED FIFTY THOUSAND DOLLARS**
**($150,000)**

This appraisal has been prepared in conformance with the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Standards Board (ASB).  Further, the report is also subject to the requirements of the Code of Professional Ethics and Standards of Professional conduct of the Appraisal Institute.  This report has been conducted in compliance with public agency acquisition guidelines as established by statute (ORS 35). See later discussion. The value as reported is subject to all Assumptions and Limiting Conditions presented in the following pages. The appraisal was developed in anticipation of potential eminent domain acquisition by Portland General Electric Company. Any other use of this report without written permission from the appraiser is prohibited.

Respectfully Submitted,

John V. Donnerberg, MAI
Oregon Certification C000554

Exhibit 4
Page 5 of 66
Exhibit A
Page 2 of 55

# TABLE OF CONTENTS

SUMMARY OF SALIENT FACTS ................................................................................................4

ASSUMPTIONS AND LIMITING CONDITIONS.........................................................................5

STATEMENT OF EXTRAORDINARY ASSUMPTIONS..............................................................7

STATEMENT OF HYPOTHETICAL CONDITIONS......................................................................8

GENERAL CONSIDERATIONS..................................................................................................9

SCOPE OF THE APPRAISAL ................................................................................................. 11

NEIGHBORHOOD DESCRIPTION ......................................................................................... 12

GENERAL PROPERTY INFORMATION .................................................................................. 14

PROPERTY DESCRIPTION..................................................................................................... 18

HIGHEST AND BEST USE...................................................................................................... 23

VALUATION COMMENTS ..................................................................................................... 26

SALES COMPARISON APPROACH (ANALYSIS)................................................................... 27

CERTIFICATION .................................................................................................................... 31

Exhibit 4
Page 6 of 66
Exhibit A
Page 3 of 55

## SUMMARY OF SALIENT FACTS

**Property Location**  Willamette Falls between the cities of Oregon City and West Linn. The property is generally located in the vicinity of Clackamas County Assessor Map 2S2E31

**Site Area (Larger Parcel)**  5.0-acres

**Zoning**  Combination of Oregon City and West Linn industrial classifications with large areas of unassigned zoning in vicinity of Willamette River. Zoning and land use is heavily influenced by flood plains and other river front protection status overlays.

**Existing Use**  Primarily unimproved riverbank

**Highest and Best Use**  Open space

**Date of Inspection**  August 11, 2021

**Date of Value**  March 31, 2022

**Date of Report**  April 21, 2022

**Value Conclusion**  $150,000

Exhibit 4
Page 4
Page 7 of 66
Exhibit A
Page 4 of 55

# ASSUMPTIONS AND LIMITING CONDITIONS

1. The property description used in this report is assumed to be reasonably correct.

2. No survey of the property has been made by the appraiser and no responsibility is assumed in connection with such matters.  Maps in this report are included only to assist the reader in visualizing the property.  Property dimensions and size should be considered as approximate.

3. No responsibility is assumed for matters legal in character or nature.  No opinion is rendered as to title, which is assumed to be good and marketable.  All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, having responsible ownership and competent management.

4. I have examined the property described herein exclusively for the purposes of identification and description of the real property.  The objective of my data collection is to develop an opinion of the highest and best use of the subject property and make meaningful comparisons in the valuation of the property.  The appraiser's observations and reporting of the subject improvements are for the appraisal process and valuation purposes only and should not be considered as a warranty of any component of the property.  This appraisal assumes (unless otherwise specifically stated) that the subject is structurally sound, and all components are in working order.

5. Information furnished by others is assumed to be true, correct and reliable.  A reasonable effort has been made to verify such information; however, no responsibility for its accuracy is assumed by the appraiser.

6. All mortgages, liens, encumbrances, leases, and servitudes have been disregarded unless so specified within the report.  The property is appraised as though under responsible ownership and competent management.

7. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable.  No responsibility is assumed for such conditions or for engineering, which may be required to discover them.

8. Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the appraiser.  The appraiser has no knowledge of the existence of such materials on or in the property.  The appraiser, however is not qualified to detect such substances.  The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value of the property.  The value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value.  No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.  The client is urged to retain an expert in this field, if desired.  No environmental impact studies were either requested or made in conjunction with this appraisal, and the appraiser hereby reserves the right to alter, amend, revise, or rescind any of the value opinions based upon any subsequent environmental impact studies, research, or investigation.

9. It is assumed that there is full compliance with all applicable federal, state and local environmental regulations and laws unless noncompliance is stated, defined and considered in the appraisal report.

Exhibit 4
Page 8 of 66
Exhibit A
Page 5 of 55

10. It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless a nonconformity has been stated, defined and considered in the appraisal report.

11. It is assumed that all required licenses, consents, or other legislative or administrative authority from any local, state or national governmental or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

12. The appraiser will not be required to give testimony or appear in court because of having made this appraisal, with reference to the property in question, unless arrangements have been previously made therefore.

13. Possession of this report, or a copy thereof, does not carry with it the right of publication.  It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of the appraiser, and in any event, only with properly written qualification and only in its entirety.

14. Neither all nor any part of the contents of this report, or copy thereof, shall be conveyed to the public through advertising, public relations, news, sales, or any other media without written consent and approval of the appraiser.  Nor shall the appraiser's, firm, or professional organizations of which the appraiser is a member be identified without written consent of the appraiser.

15. The Client is the party or parties who engage an appraiser (by employment contract) in a specific assignment.  A party receiving a copy of this report from the client does not, as a consequence, become a party to the appraiser-client relationship.  Any person who receives a copy of this appraisal report as a consequence of disclosure requirements that apply to an appraiser's client, does not become an intended user of this report unless the client specifically identified them at the time of the assignment.  The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

16. Acceptance of and/or use of this appraisal report constitutes acceptance of the foregoing assumptions and limiting conditions.

Exhibit 4
Page 9 of 66
Exhibit A
Page 6 of 55

DE     DONNERBERG ENTERPRISES, LLC

# STATEMENT OF EXTRAORDINARY ASSUMPTIONS

**EXTRAORDINARY ASSUMPTION**

An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

Comment: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis.

Source: USPAP 2020/21 Edition

It is noted, the use of an Extraordinary Assumption might have an effect on the assignment results.

**Extraordinary Assumptions:**

1. The subject property, as it is defined in this appraisal, has been established by survey documentation provided by Portland General Electric. The attached documentation illustrates the defined subject property area by map exhibit. This area does not necessarily correspond with any identified tax lot or publicly available survey documents. This appraisal relies on the extraordinary assumption that the provided maps and illustrations accurately depict the defined subject property and its associated area.

2. Title information is particularly difficult to obtain and interpret given the ownership history and physical characteristics of the site. I observed overhead powerlines in the vicinity of the western half of the site. I have not identified any specific encumbrances in this area. The value conclusions in this appraisal are based on the extraordinary assumption that the subject property is free of substantial easements that would otherwise alter the concluded highest and best use of the site.

3. I inspected the subject property on August 11, 2021. The date of value in this appraisal is March 31, 2022. This appraisal is based on the extraordinary assumption that the physical characteristics of the subject property have not substantially changed since the original site inspection date.

DE    **DONNERBERG ENTERPRISES, LLC**

# STATEMENT OF HYPOTHETICAL CONDITIONS

**HYPOTHETICAL CONDITION**

A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis.

Comment: Hypothetical conditions are contrary to known facts about physical, legal or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

Source: USPAP 2020-2021 Edition

It is noted, the use of a Hypothetical Condition might have an effect on the assignment results.

**Hypothetical Conditions:**

1.  None.

---

Exhibit 4
Page 8
Page 11 of 66
Exhibit A
Page 8 of 55

# GENERAL CONSIDERATIONS

**Exposure Time**

The value estimated for the subject assumes an exposure time of 1 to 3 years.  The concluded exposure time estimate is based on a review of the marketing times associated with the comparable data identified later in the report.

**Property Rights Appraised**

The property rights appraised in this appraisal constitute the fee simple interest of the identified subject property. This fee simple interest may be subject to existing easement encumbrances. This appraisal is conducted under the extraordinary assumption that the identified subject property is relatively free from existing encumbrances, which would otherwise alter the concluded highest and best use.

**Purpose and Intended Use of Appraisal**

The purpose of the appraisal is to estimate the market value of the subject property as if it were available for purchase on the open market. The intended use of the appraisal is to provide documentation of the value of the property so that the client (PGE) may pursue condemnation actions.

**Client and Intended User**

The client is Mark Lindley with Portland General Electric Company (PGE).  The intended users of the report include Mark Lindley, PGE, and PGE staff. The intended users of this report also include private counsel hired by Portland General Electric to represent their interests in this case. No other users are authorized to rely on the conclusions in this appraisal.

**Reporting Option**

This document has been presented as an *appraisal report* as identified in the 2020/21 of the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Standards Board.

Exhibit 4
Page 12 of 66
Exhibit A
Page 9 of 55

**Definition of Market Value**

According to the Dictionary of Real Estate Appraisal (6th Edition), market value is defined as: "The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue duress."

Exhibit 4
Page 13 of 66
Exhibit A
Page 10 of 55

# SCOPE OF THE APPRAISAL

The scope of the appraisal assignment includes a physical inspection of the subject property and a review of the surrounding neighborhoods. The inspection process included physical visits to the subject site where physically possible. I viewed the subject property from both the West Linn and Oregon City sides of the defined subject property area. This inspection process occurred in the company of Portland General Electric and State of Oregon representatives. The subject property was typically viewed from Portland General Electric owned areas, both north and south of the Willamette River shoreline. Given the difficulty associated with accessing large areas of the defined subject property, I have relied on third party sources of aerial imagery including publicly available photographs and Google Earth images.

The City of West Linn and the City of Oregon City zone codes were researched in order to ascertain potentially allowable uses for the subject property. Zoning map documentation was provided by both adjacent jurisdictions. The location and/or availability of utilities was researched via Oregon City and West Linn GIS systems.

Comparable transactions were researched through county records, CoStar, First American DataTree, RMLS, and other professional resources. With exception of *market listing example 7*, all sales utilized in this report were personally inspected by John V. Donnerberg, MAI. All comparable sales data was confirmed via buyer or seller. If these individuals were unavailable, reliable third-party sources such as brokers were contacted in an effort to ensure the accuracy of the information.

I have not reviewed a title report regarding the subject property.  Vesting information and sales history are based on information provided by the Client and public information.

The following valuation deals primarily with vacant land. Thus, the Sales Comparison Approach is the most meaningful method of valuation and has been the only method of valuation included in this appraisal.

John V. Donnerberg, MAI personally inspected the subject property on August 11, 2021 with representatives from the State of Oregon and Portland General Electric. The date of value for this appraisal is March 31, 2022. See earlier extraordinary assumption regarding inspection date and date of value.

Exhibit 4
Page 14 of 66
Exhibit A
Page 11 of 55

# NEIGHBORHOOD DESCRIPTION



The subject neighborhood is located approximately one-half mile west of downtown Oregon City and one-half miles south of downtown West Linn.  The subject enjoys close proximity to the downtown business district as well as the Interstate 205 corridor. The south reach of the property abuts the jurisdiction of Oregon City on the south bank of the Willamette River.

Surrounding land uses include a mixture of property types including commercial, industrial, and residential. The subject property itself consists of a portion of the Willamette River in and around the Oregon City Falls area. The immediately adjacent lands have a long history of use by Portland General Electric while also having historic and cultural importance to Native American tribes prior to western settlement. The Oregon City Falls area has historically represented a hub of commerce and modern government with cultural and commercial significance since the earliest days of western settlement.

**Locational Characteristics**

The neighborhood is located approximately 14 miles south of Portland's central business district.  The Oregon City central business district is located on the east side of the Willamette River, approximately one mile east of the subject neighborhood.  Access to these business districts is available via a variety of nearby surface

JD21-19-01-R2 PGE Willamette Falls Appraisal

Exhibit 4

Page 12

Page 15 of 66

Exhibit A

Page 12 of 55

streets.  Primary highway routes include Interstate 205 to the east, or Highway 43 to the west which connects to Interstate 5 just 13 miles north of the subject.

Given the physical nature of the defined subject property area, access is extremely difficult under any circumstance. Significant portions of the year do not allow for safe navigation or pedestrian access. Viewing the subject property is relatively easy via vantage points owned by Portland General Electric; however, physical access to much of the defined subject property area is not viable outside of extraordinary physical efforts.

**Neighborhood Services**

Retail shopping and commercial services are located along the Willamette Drive corridor, approximately one-half mile north of the subject.  Additional commercial/retail services can be found east of the river in the nearby Oregon City Shopping Center.

**Planning**

North of Interstate 205, the neighborhood is zoned predominantly residential under the jurisdiction of the City of West Linn.  South of Interstate 205 and lying along the Willamette River, land falls primarily under the industrial zone classification.  Commercially zoned lands are concentrated along Willamette Drive as well as an area near the north end of the Oregon City / West Linn Arch Bridge.

Along the south side of the Willamette River, Oregon City represents the closest municipal zone jurisdiction. In the vicinity of the subject property the area has a small industrially zoned component.

Much of the defined subject property area has an un-zoned status at this time. This is due to the fact that most of the area lies within the banks of the Willamette River, which is not necessarily claimed by either West Linn or Oregon City for planning purposes. Given the extremely difficult physical characteristics associated with the subject property, existing and future zoning considerations are of less importance when arriving at a market value conclusion.

The cultural amenity value associated with the subject property may be of more importance when considering the nearby planning trends, particularly in the vicinity of the former Blue Heron Paper Mill site which was recently purchased by the Grand Ronde tribe.

Much of the subject property may be viewable from these future public access areas and, thus, this portion of the neighborhood becomes an important factor in determining the overall utility and associated value associated with the subject site. This is particularly true considering that the Willamette Falls represents a viewshed that will be important in determining the physical location of any future structures or land uses placed on the former Blue Heron Paper Mill site and associated public spaces. The subject property is also viewable from the adjacent Portland General Electric ownership area. Portland General Electric has no specific plans to change the current utility uses along the north shore of the subject defined area.

Exhibit 4
Page 16 of 66
Exhibit A
Page 13 of 55

**DE**                                                              DONNERBERG ENTERPRISES, LLC

# GENERAL PROPERTY INFORMATION

**Property Address**

The subject property has been defined by illustration and exhibit. The site has no physical address.

**Existing Use**

The subject property consists of a steeply sloped rocky parcel forming the lower bank of the Willamette Falls. The site has limited commercial or industrial capability given the difficulty associated with the existing terrain and flood characteristics of the Willamette Falls area.

**Inspection**

I inspected the subject property on August 11, 2021 in the presence of Portland General Electric and State of Oregon representatives. During my inspection I viewed the subject property from various vantage points including public and private ownership areas held by Portland General Electric. This appraisal is based on the extraordinary assumption that the subject property has not substantially changed since my inspection of August 11, 2021.

**Site Area (Larger Parcel Determination) and Legal Description**

Survey information for the defined subject property area is limited. Traditional property identification records provided by Clackamas County area not available for most portions of the defined subject property. The subject property is located on Assessor's Map 2S2E31. Portions of the defined subject property may be located within the boundaries of or adjacent to tax lot 702, tax lot 600, and tax lot 700 on said map document.

Large areas of the defined subject property are situated within the defined boundaries of the Willamette River, which has not been assigned a tax account number in the vicinity of the property. The following exhibit identifies a roughly 5.0-acre defined subject property area as calculated by Portland General Electric. This generally consists of the horse-shoe shaped property component extending between the area identified in blue and red lines.



The areas identified above can also be located on the following assessor's map exhibit. The identified subject property can be located lying in an area south of tax lot 702 and north of tax lot 600 on the following map exhibit.



Exhibit 4
Page 18 of 66
Exhibit A
Page 15 of 55

## Assessment Data

Clackamas County does not maintain traditional assessor's records for the defined subject property.

## Sales History

There have been no recent arm's length transactions involving the subject property which could otherwise be used for analysis in the following Sales Comparison Approach.

## Zoning

The zoning status of the subject property is difficult to define because the City of West Linn and the City of Oregon City do not necessarily claim jurisdiction in the vicinity of the defined subject property. Regardless, I have included the following exhibits identifying the adjacent ownership and zoning status for each of the two jurisdictions.



West Linn Zone Map

Exhibit 4
Page 19 of 66
Exhibit A
Page 16 of 55

DONNERBERG ENTERPRISES, LLC



As identified on the above City of West Linn zone map, portions of the subject defined area fall within the city's GI or General Industrial zone status. This zone status generally corresponds with the adjacent mill and power generation plant uses. A small portion of land in the vicinity of Abernethy Island appears to have a zone status corresponding with the West Linn's R20 zone classification. This represents an unusual zone classification considering the submerged or island nature of this tract. The City of West Linn zoning documentation indicates that the R20 zone is a residential zone with minimum site sizes of 20,000 square feet. This property area has no potential to be developed with residential improvements. Thus, the zone status may represent a misplaced zone category. Nonetheless, the R20 zone lends no additional development potential to the affected subject property area.

On the south side of the river, Oregon City has placed an industrial zone classification on the northeasterly component of the subject property seen. This relatively small property component is currently occupied by a variety of historic power generation equipment once operated by Portland General Electric. North and outside of that defined industrial component, Oregon City lays no claim to the zoning jurisdiction of the subject property.

# PROPERTY DESCRIPTION

I have included the following aerial photograph, provided by First American Title's DataTree software system. This illustrates the existing property line configurations with an aerial photograph for reference.



*Aerial photo by Datatree*

**General Description**

The subject property consists of an irregularly configured parcel with a calculated overall area of 5.0-acres per PGE provided exhibits. The location of the parcel meanders around the "horseshoe" of the lower reach of Willamette Falls. The site consists primarily of seasonally inundated rocky shoreline with no direct access for vehicles or equipment. The immediate vicinity of the defined subject property area has a long history of industrial use by paper manufactures along with power generation by Portland General Electric. The specific property areas being discussed have extremely limited economic use potential due to difficulty in access and topographic conditions. Any potential use of these areas is further complicated by seasonal flood inundation with occasional periods of high river flow making the property dangerous to approach.

Despite the historic use of the falls by a variety of Native American tribal members, the falls have seen relatively light usage for fishing purposes in recent times. In the last several years, Native American tribal

Exhibit 4
Page 21 of 66
Exhibit A
Page 18 of 55

DONNERBERG ENTERPRISES, LLC

members have conducted ceremonial harvests for lamprey as well as spring chinook salmon. In the last several years, physical fishing platforms have been erected on a small portion of the defined subject property area near the northwesterly end of the defined "horseshoe" identified above. This area consists of a steeply sloped rocky outcrop with no direct access other than a difficult approach making use of high angled rope lines and white-water rafting equipment.

Most areas of the defined subject property area are not available for traditional sport fishing due to the established Oregon Department of Fish and Wildlife (ODFW) / Oregon Marine Board boating deadline, which is well downstream from most of the defined property area.

ODFW maintains a series of fish ladder structures in the vicinity of the subject property. The western most fish ladder is situated just west of the westerly end of the defined subject property area. This fish ladder structure is enclosed in a large concrete bunker or enclosure. This fish ladder is completely inundated by flood water during periods of high flow.



*Subject site facing east (photo credit – The Oregonian)*

JD21-19-01-R2 PGE Willamette Falls Appraisal

Exhibit 4
Page 19
Page 22 of 66
Exhibit A
Page 19 of 55



*Subject facing west (photo credit – The Oregonian)*

## Access

The subject property has no direct physical access without crossing over adjacent holdings owned by Portland General Electric. Direct access via the river is available during periods of low flow; however, this is not typically a method used due to the ODFW boating deadline combined with relatively dangerous shoreline conditions in the vicinity.

## Existing Site Improvements

The site conditions in the subject property area consist of mostly unimproved rocky shoreline. PGE maintains some infrastructure related to nearby impoundments and power generation facilities. Most of these established improvements are located above the defined property area. Overall, the subject has no substantial improvements. Over the past several years, tribal members have erected temporary fishing platforms on the rocky outcrop near the northwest terminus of the defined property area. These seasonal structures are removed prior to seasonal flood waters.

## Utilities

The land in the vicinity of the defined subject property has no substantial utility infrastructure. The nearest municipal services are located on the north and south shore of the river in the vicinity of existing PGE and paper mill buildings. The subject property has no access to publicly accessible sewer or water.

Exhibit 4
Page 20
Page 23 of 66
Exhibit A
Page 20 of 55

**DE**                                                                      DONNERBERG ENTERPRISES, LLC

**Floodplain Characteristics**

As per FEMA Community Panel 41005C0276D most of the subject is in the 100-year flood plain as well as the defined Regulatory Flood Way as noted on the following exhibit. Development in these areas is not feasible.



*Source: FEMA's National Flood Hazard Layer (NFHL) Viewer*

In as much as the subject property is located entirely within the floodplain of the Willamette River, the site has no structural capability in the before condition. An exception to this would be potential hydroelectric facilities and associated impoundment infrastructure. PGE owns and maintains a series of impoundment and hydroelectric facilities on both the north and south shores of the falls area. The upper lip of the falls is also improved with an adjustable flow regulating device. None of the significant impoundment infrastructure is located within the boundary of the defined subject property area.

JD21-19-01-R2 PGE Willamette Falls Appraisal

Page 21

Exhibit 4
Page 24 of 66
Exhibit A
Page 21 of 55

**Summary**

Overall, the subject property consists of a 5.0-acre parcel of flood prone rocky shoreline on the downriver side of the Willamette Falls. Although there is a history of Native American fishing and ceremonial uses in the area, most of the property is unsuitable for physical occupancy. Exceptions to this include a variety of impoundment infrastructure maintained by Portland General Electric as well as ODFW fish passage facilities. Beyond these government and utility related uses, the identified subject property has little commercial or industrial development appeal. Much of the area is dangerous or illegal to approach, even in a boat. Most of site has no direct physical access either on foot or by vehicle.

The primary utility associated with the subject property includes its scenic and cultural resources. In terms of public usage, the scenic characteristics of the site are best observed from some distance due to the dynamic and dangerous hydraulics associated with the river during much of the year. On that basis, the property is generally limited to an open space use outside of the surrounding utility and culturally significant fishing opportunities.



COURTESY PHOTO: CONFEDERATED TRIBES OF THE GRAND RONDE - The Confederated Tribes of the Grand Ronde first erected the fishing platform at Willamette Falls in 2018. They deconstruct the platform at the end of each fishing season.

Exhibit 4
Page 25 of 66
Exhibit A
Page 22 of 55

# HIGHEST AND BEST USE

The highest and best use is defined as:  The reasonable and probable use that supports the highest present value of vacant land or improved property as of the date of appraisal.  As defined, the highest and best use must be reasonably probable, legally and physically possible, as well as financially feasible.

A complete highest and best use discussion requires consideration of the six major influences detailed under USPAP 1-3 (a).

1. Existing land use regulations.

2. Probability for modification of land use regulations.

3. Economic demand.

4. Physical adaptability of the real estate.

5. Neighborhood trends.

6. Highest and Best Use of the real estate.

The highest and best use analysis must begin under the assumption that the land is vacant and available for development to its highest and best use.  Under standard appraisal rules, the analysis must be developed to "recognize that land is appraised as though vacant and available for development to its highest and best use and that the appraisal of improvements is based on their actual contribution to the site."  (USPAP 1-3 (b))

**Existing & Future Land Use Regulations**

As identified earlier in the appraisal, the subject property is sandwiched between the municipal jurisdictions of the City of West Linn and Oregon City. Portions of the adjacent jurisdictions identify industrial land use zoning while significant areas of the defined subject property have no identified zoning due to their location in and around the stream bed of the Willamette River.

Recreational uses are limited by ODFW and the Oregon State Marine Board limitations on boat access. No substantial physical access to the subject property exists, other than relatively dangerous approaches on foot.

The seasonal visitation by tribal members at the identified tribal fishing platform discussed above, is conducted with highly skilled and engineered platform placement combined with high angle rope approaches making use of white-water rafts and equipment. Overall, the existing land use regulations prevent any form of economic development in the vicinity of the identified subject property area.

JD21-19-01-R2 PGE Willamette Falls Appraisal
Page 23

Exhibit 4
Page 26 of 66
Exhibit A
Page 23 of 55

**Economic Demand**

In as much as the subject property essentially represents an open space tract, economic demand is not statistically supportable for this class of use. The adjacent industrial areas include PGE hydropower generation and paper production at the West Linn Paper Mill. However, these uses are located in more suitable physical locations able to accommodate typical industrial processes.

Economic demand for open space parcels such as the subject varies from location to location. In this instance, the property consists of a sensitive environmental location as well as a significant location for tribal use. While these uses are important to a variety of organizations, they don't translate to substantial economic demand and corresponding land pricing.

**Neighborhood Trends**

Neighborhood trends involve a variety of commercial and cultural activities. Recently ceremonial tribal fishing has been conducted within the boundary of the identified subject property area. The falls has been a historic gathering place for tribal members prior to western settlement. In the last several years, several tribal members have exercised ceremonial fishing activities for spring chinook salmon and lamprey at the base of the falls.

Portland General Electric has maintained, and continues to maintain, significant hydroelectric operations at the Willamette Falls. This includes impoundment infrastructure on both the north and south sides of the river. Willamette Falls also accommodates paper production. Most recently, the paper production has been limited to the north side of the river as currently managed by the West Linn Paper mill.

The south side of the falls to the east of the subject has been the subject of several economic development proposals over the past ten years. The Willamette Falls Legacy Project consists of an ambitious development plan that was pursued by a variety of public and private partners. This consists of the land located in the former Blue Heron Paper Mill site, which is also a historic mill site first occupied by the Hudson Bay Company.

More recently, the Grand Ronde Tribe purchased the former Blue Heron Paper Mill site in anticipation of future development opportunities. Some public access has been established; however, until the former mill infrastructure has been removed and the site has been remediated of any environmental contamination, it is difficult to say with any certainty what the ultimate site configuration may involve. Regardless, the Grand Ronde ownership represents a significant holding with the potential to accommodate a variety of commercial or industrial interests as the planning process evolves.

A publicly accessible viewing platform has been proposed for the former Blue Heron Paper Mill site. This would include good opportunities to view the Willamette Falls area from a closer vantage point. Given the cultural significance of the Willamette Falls area, public viewing would be a desirable enhancement to the surrounding community. In that regard, the preservation of the falls and surrounding area is of importance to any future commercial endeavor, particularly in the vicinity of the former Blue Heron Paper Mill.

Exhibit 4
Page 27 of 66
Exhibit A
Page 24 of 55

DE    DONNERBERG ENTERPRISES, LLC

**Highest and Best Use of the Real Estate**

Willamette Falls represents a significant cultural and historic public asset to the surrounding community. This includes a high level of cultural interest from native tribes as well as surrounding commercial interests. Despite the historic and cultural significance of the falls, the subject property, as defined in this appraisal, has little commercial capability. For purposes of this analysis, I must rely on an economic definition of value as introduced earlier in the report. Despite significant historic and cultural significance, the subject property has minimal to no commercial capability due to a variety of physical and legal restrictions.

On that basis, then, the highest and best use of the real estate is limited to an open space use much as it is currently configured. The exception to these open space uses would be the perimeter hydroelectric generation capability and ongoing fish passage uses of the area. Given the severe limitations on any form of structural or commercial development in the defined subject property footprint, I conclude that the highest and best use for the subject property is for open space as an amenity to be enjoyed from a distance. Along with this open space use is a consideration of ongoing cultural and ceremonial uses by native tribal members.

# VALUATION COMMENTS

There are three classic approaches that can be used in estimating a value for a given parcel of real estate. These methods are the Sales Comparison Approach, the Income Capitalization Approach and the Cost Approach.

The Sales Comparison Approach is a method whereby the value for a given property is estimated through a comparison process with other similar properties that have recently sold.  The sale prices are adjusted for differences including the element of time, physical characteristics, and condition.  The Sales Comparison provides a reliable value indication given the availability of adequate sales data.

The Cost Approach is a method whereby the replacement cost of the improvements is estimated.  The estimated cost new is then charged for depreciation including physical deterioration, plus functional and economic obsolescence.  The value of the underlying site is then added to this figure, resulting in an overall value indication for the property being appraised.  The subjectivity of the depreciation estimate tends to increase with the age of the improvements.  The Cost Approach is therefore most reliable when dealing with newer properties.

The final method is the Income Capitalization Approach.  This method is generally applicable to commercial and investment properties that are capable of producing a rental income.  This process first involves the estimation of the economic rent the property is capable of producing.  The appropriate expenses are then deducted, resulting in an estimate of net operating income.  The income is then capitalized with an overall rate, resulting in the final value estimate.

In the case of the subject property, the parcel is considered a vacant site. The Sales Comparison Approach is typically the only meaningful method to be considered in the valuation of vacant land and will be the only method used in this report.

As identified above, the highest and best use of the subject property is limited to an open space use based on its physical and legal limitations. I have attempted to identify open space comparable sales of significant regional or tribal significance. Given the unique nature of the subject property within the spillway of Willamette Falls, I have been unable to identify parcels with similar geologic and historic significance. Regardless, the following transactions incorporate purchase motivations primarily associated with an open space or preservation of the identified tract. The utility associated with each of the sales will be analyzed in the following paragraphs.

Exhibit 4
Page 29 of 66
Exhibit A
Page 26 of 55

# SALES COMPARISON APPROACH (ANALYSIS)

*Open Space Land Sales*

To identify appropriate transactions relative to the subject's open space capability, I have researched the greater Portland metropolitan area along with nearby stretches of the Columbia River. I have placed emphasis on identifying waterfront locations which were purchased for open space or other non-economic uses. Given the lack of transactions meeting these criteria, I have also expanded the search, both geographically and chronologically, to include parcels which were purchased for open space uses such as assemblage or privacy enhancement. I have avoided a consideration of government related transactions due to the non-market or arms-length motivation associated with these types of purchases. Of the available data, the following transactions have been most helpful in identifying the underlying land value associated with the subject site.

| Comparable Open Space Sales | | | | | | |
|---|---|---|---|---|---|---|
| Sale | Location | Date | Price | Area (Acres) | Unit Price/Acre | Comments |
| 1 | 4150 SE Regner Road, Gresham | 2/28/2015 | $ 42,000 | 2.17 | $ 19,355 | Steeply sloped ravine. Purchased for residential buffer and open space. |
| 2 | N/T 14335 SE Summerfield Way, Happy Valley | 8/24/2015 | $ 12,000 | 0.92 | $ 13,043 | "Tract B" Open space, sloped, unbuildable. Purchased for residential yard buffer. |
| 3 | East of 3075 SE Regner Rd, Gresham | 3/30/2016 | $ 40,000 | 3.13 | $ 12,780 | Sloped ravine with conservation overlay. Difficult to develop. |
| 4 | 9442 NE 13th Ave, Portland | 6/28/2016 | $ 50,000 | 3.95 | $ 12,658 | Wetland parcel. Purchased for open space / habitat protection |
| 5 | East of 410 Sandy Dell Rd. Troutdale | 7/20/2020 | $ 45,000 | 6.64 | $ 6,777 | Flood prone bottom land along Sandy River. Protected status prevents development. Purchased for recreation use. |
| 6 | North of 13864 SE Clackamas River Drive, Oregon City | 2/21/2020 | $ 30,000 | 2.33 | $ 12,876 | Steeply sloped RRFF-5 zoned parcel. Unbuildable due to substandard parcel size and topo. Purchased for residential buffer. |
| 7 | Gull Island, Columbia River mile 55, Columbia County, Oregon | Current listing | $ 1,300,000 | 31.00 | $ 41,935 | Island located 8 miles north of Clatskanie, OR. Water access only. Unbuildable, no utilities. |

Exhibit 4
Page 30 of 66
Exhibit A
Page 27 of 55

**SALE DISCUSSION**

**Open Space Sale No. 1 – 4150 SE Regner Road, Gresham, 2/18/2015, $42,000**

This transaction involved a 2.17-acre tract situated at 4150 SE Regner Road in Gresham. This is a relatively steeply sloped parcel with cover of mixed deciduous trees. Utilities are available to the site; however, topographical limitations will make any development a challenge. The site was acquired by an adjacent owner for speculation and buffer protection.

**Open Space Sale No. 2 – Next to 14335 SE Summerfield Way, Happy Valley, 8/24/2015, $12,000**

This transaction involves a 0.92-acre tract located on the northeasterly side of SE Summerfield Way between SE 142nd Avenue and SE Piper Drive near Clackamas, Oregon. The steeply sloping parcel was acquired through a County tax sale by an adjacent property owner. This planned unit development was subject to an open space encumbrance as part of a platted common tract for the adjacent planned unit development. The parcel was acquired on speculation and for buffer/open space by the adjacent owner.

**Open Space Sale No. 3 – East of 3075 SE Regner Road, Gresham, 3/30/2016, $40,000**

This transaction consists of a 3.13-acre site zoned for low-density residential development under the jurisdiction of the City of Gresham. The site is also encumbered by the City's Habitat Conservation Area (HCA) overlay. In addition to the zoning overlay, the property has difficult development topography. The slope ravine area would be difficult, if not impossible, to develop with any form of structural improvements. The motivation for the purchase was for speculation of future development of no more than one homesite. As of this writing, the property is still vacant.

**Open Space Sale No. 4 – 9442 NE 13th Avenue, Portland, 6/28/2016, $50,000**

This parcel is located on the east side of NE 13th Avenue, and 325 feet south of NE Gertz Road in Portland. The parcel is in a transitional residential/industrial area approximately one mile east of I-5. The RF zoning will allow for development of one home site; however, the wetland characteristics of the site preclude the potential to develop the site for uses beyond agriculture and/or open space. The site was acquired on an opportunity basis by the City of Portland for habitat preservation. This City transaction was reportedly at arms-length with no threat of condemnation.

**Open Space Sale No. 5 – East of 410 Sandy Dell Road, Troutdale, 7/20/2020, $45,000**

This sale consists of a 6.64-acres with only legal access via the Sandy River and no utilities to the site. The property is irregularly shaped, zoned General Management Area -GGO, (Open Space) with 3.56-acres being in the floodplain. The zoning does not allow for any structures larger than 60 square feet within very specific parameters to be built. Technically, the property has a net usable area of 3.08-acres due to the floodplain with the remainder in the floodway. The motivation for purchase was for recreation use.

Exhibit 4
Page 31 of 66
Exhibit A
Page 28 of 55

DE

DONNERBERG ENTERPRISES, LLC

**Open Space Sale No. 6 – North of 13864 SE Clackamas River Drive, Oregon City, 2/21/2020, $30,000**

This sale consists of 2.33-acre zoned Rural Residential Farm Forest with a 5-acre minimum lot size with no utilities to the site. The access to the property is good via Clackamas River Drive, however the topography is extremely steep and the zoning precludes any development due to the minimum 5-acre lot size. The property was purchased by the neighboring property owner, Spectra Homes LLC, for a buffer.

**Open Space Sale No. 7 – Gull Island, Columbia River Mile 55, Columbia County, Oregon, Current Listing, $1,300,000**

This current listing involves a 31-acre island located in northern Columbia County on the south shore of the Columbia River. The island is situated approximately eight miles north of the town of Clatskanie, Oregon; however, the island has no direct physical access other than by water. The landlocked parcel is completely surrounded by public ownership and the Columbia River. The property is being advertised as a recreational site with boat-in only access. The relatively level island consists of mostly flood prone land with a small sandy beach on the north side of the parcel. The listing material indicates that the island is available for camping, fishing, and bird hunting. The nearest boat launch is located at Willow Grove, which is approximately a five-minute trip by water from the site. As of this writing, I have confirmed that the island is still for sale with owner John Tennant via Private Islands Online real estate brokerage service. Mr. Tennant indicates that he has had several inquiries in the past few weeks; however, no firm offers have been made as of this writing. With an approximate area of 31-acres and an asking price of $1,300,000, this listing suggests an asking unit price of $41,935 per acre.

**ANALYSIS**

The comparable sales and listing materials suggest a range of appropriate unit pricing from a low of $6,777 to a high of $41,935. Each of the sales have a variety physical characteristics relative to future open space uses. The upper end of the range is established by listing **Example 7** on Gull Island. Given the fact that this example consists of an active listing, its value indication can only be used to establish the potential upper limit of value for similarly situated parcels. The remaining transactions are bracketed below the indication provided by **Example 1** at $19,355 per acre. **Examples 5, 6 and 7** are all located in river front areas with limited access or development potential.

In considering the appropriate unit value of the subject site, I have considered the regional significance of the Willamette Falls location. Further, the site represents a significant cultural asset to Native American tribes and the surrounding community. In that regard, the subject property represents a unique location. The positive historical and cultural attributes of the subject property are offset by the physical difficulty with even accessing the site on foot. Approaching significant areas of the subject property are difficult, if not illegal, given the circumstances surrounding the ODFW and marine board boating deadline combined with the extremely hazardous characteristics of the area beneath the Oregon City Falls inundation zone.

**DE**                                                **DONNERBERG ENTERPRISES**, LLC

While the subject property represents a regionally significant natural feature, it is typically not feasible to gain physical access to the area. Overall, the subject property represents an amenity, which represents a scenic view opportunity from the surrounding ownership area. In that regard, the nearby Blue Heron Paper Mill site and its associated future development potential becomes a significant contributor to the overall open space characteristics of the site. In considering potential market participants that would be interested in purchasing the subject property, the nearby privately held tract (Grand Ronde Tribe) would be a logical buyer for much of the subject site. In considering potential purchasers of the property, PGE becomes a significant potential market participant given the extensive holdings and hydroelectric facilities in the surrounding area. Neither of these buyers would be motivated by the economic capability of the site.

Overall, the property lacks commercial capability. Its open space use is limited to a narrow host of potential purchasers due to the difficulty associated with physical access to the site.

The upper end of the demonstrated range of unit pricing is established by Listing **Example 7**. This property has yet to receive a viable offer; however, the island parcel is accessible by boat and would make a suitable location for camping, fishing, or other recreational pursuits. This island is located in a traditional recreational fishing region of the Columbia River and is exposed to large salmon runs during the spring, summer, and fall seasons. Given the fact that the example consists of a listing, the economic principle of substitution suggestions that the value indication can only be used as an upper limit of value potential.

This example is the highest comparable data point considered in the above analysis. More typical price points range from $10,000 to $20,000 per acre. Uses identified in this price range include additional yard area and residential buffer benefiting nearby holdings. Given the historic and cultural significance associated with the subject property, I have concluded an appropriate open space unit value above the indicated range of closed transactions and below the active listing **Example 7** at $30,000 per acre.

**Concluded Subject Property Unit Value**
**$30,000/acre**

The subject property has a defined area of 5.0-acres. Based on this defined subject property area, I arrive at the overall subject property conclusion of value as of August 11, 2021.

| | |
|---|---|
| Concluded Unit Value | $30,000/acre |
| X | 5.0 acres |
| **Concluded Value** | **$150,000** |

# CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment
- My engagement in this assignment was not contingent upon developing or reporting predetermined result
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice
- The appraiser has made a physical inspection of the property appraised and that the property owner, or their designated representatives, were given the opportunity to accompany the appraiser on the property inspection
- No one provided significant appraisal, appraisal review, or appraisal consulting assistance to the person signing this certification.
- The reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.
- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
- I previously appraised the subject property in a report dated October 22, 2021 (date of value: August 11, 2021). That appraisal was subsequently amended via Addendum reflecting a date of value on January 12, 2022. Other than those prior appraisals, I have performed no services, as an appraiser or in any other capacity, regarding the subject property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- As of the date of this report, I have completed the continuing education program for Designated Members of the Appraisal Institute.

John V. Donnerberg, MAI
Oregon Certification C000554
Exp. 5/31/2022

April 21, 2022
Date

Exhibit 4
Page 34 of 66
Exhibit A
Page 31 of 55

 

# ADDENDA

Exhibit 4
Page 35 of 66
Exhibit A
Page 32 of 55

# PHOTOGRAPHS

Taken August 11, 2021 by John V. Donnerberg, MAI



*JD2021-18-3605*

Facing southwest, viewing tribal fishing platform area as seen from adjacent PGE hydroelectric facility.



*JD2021-18-3607*

Facing southwest, viewing westerly end of subject property area as seen from PGE facilities along north bank of falls.

Exhibit 4
Page 36 of 66
Exhibit A
Page 33 of 55

# PHOTOGRAPHS

Taken August 11, 2021 by John V. Donnerberg, MAI



*JD2021-18-3614*

Facing south, viewing southern bank of subject property area as seen from north bank.



*JD2021-18-3615*

Facing south, viewing southern bank of subject property area as seen from north bank.

Exhibit 4
Page 37 of 66
Exhibit A
Page 34 of 55

# PHOTOGRAPHS

Taken August 11, 2021 by John V. Donnerberg, MAI



*JD2021-18-3629*

Facing west, viewing upper bulkhead area west of subject property as seen from north falls perimeter.



*JD2021-18-3630*

Viewing concrete structure accommodating the upper fish ladder as seen from PGE infrastructure.

Exhibit 4
Page 38 of 66
Exhibit A
Page 35 of 55

# PHOTOGRAPHS

Taken August 11, 2021 by John V. Donnerberg, MAI



*JD2021-18-3632*

Facing west, viewing subject property in foreground and on opposite shore as seen from PGE property.



*JD2021-18-3637*

Viewing northeasterly terminus of defined subject property area as seen from boating deadline on PGE ownership.

Exhibit 4
Page 39 of 66
Exhibit A
Page 36 of 55

## AERIAL MAP



Exhibit 4
Page 40 of 66
Exhibit A
Page 37 of 55

## TAX ASSESSOR'S MAP



Exhibit 4
Page 41 of 66
Exhibit A
Page 38 of 55

## SALES LOCATION MAP

*Open Space Sales*



Exhibit 4
Page 42 of 66
Exhibit A
Page 39 of 55

# SALE NO. 1



*JD2017-008-006 (JD17-02-01)*

| | |
|---|---|
| **Location:** | 4150 SE Regner Road, Gresham, Oregon |
| **Legal Description:** | Multnomah County parcel 1S-3E-21DA Tax Lot 100, also known as parcel R290430 |
| **Date:** | February 18, 2015 |
| **Price:** | $42,000 |
| **Grantor:** | Thomas Kreofsky |
| **Grantee:** | Justin Whitaker |
| **Recording:** | 2015-17122 |
| **Zone:** | LDR-5, City of Gresham |
| **Site Size:** | 2.17 acres |
| **Unit Price:** | $19,355 per acre |
| **Verified:** | Lynn Cameron, Broker, ReMax 503-720-6602 |

**COMMENTS** – This transaction involved a 2.17 acre tract situated at 4150 SE Regner Road in Gresham.  This is a relatively steeply sloped parcel with cover of mixed deciduous trees.  Utilities are available to the site; however, topographical limitations will make any development a challenge.  The site was acquired by an adjacent owner for speculation and buffer protection.

Exhibit 4
Page 43 of 66
Exhibit A
Page 40 of 55





Exhibit 4
Page 44 of 66
Exhibit A
Page 41 of 55

# SALE NO. 2



*JD2017-008-010 (JD17-02-01)*

| | |
|---|---|
| **Location:** | Next to 14335 SE Summerfield Way, Happy Valley, OR |
| **Legal Description:** | Clackamas County parcel 2S-2E-01BC Tax Lot 3400, also known as parcel account no. 1836133 |
| **Date:** | August 24, 2015 |
| **Price:** | $12,000 |
| **Grantor:** | Clackamas County |
| **Grantee:** | KCMG, LLC |
| **Recording:** | 2015-57191 |
| **Zone:** | VR5-7, Clackamas County |
| **Site Size:** | 0.92 acres |
| **Unit Price:** | $13,043 per acre |
| **Verified:** | Maureen Grainger, Buyers Agent, Oregon Realty, 503-459-8624 |

**Comments:** This transaction involves a 0.92 acre tract located on the northeasterly side of SE Summerfield Way between SE 142nd Avenue and SE Piper Drive near Clackamas, Oregon.  The steeply sloping parcel was acquired through a County tax sale by an adjacent property owner.  This planned unit development was subject to an open space encumbrance as part of a platted common tract for the adjacent planned unit development.  The parcel was acquired on speculation and for buffer/open space by the adjacent owner.

Exhibit 4
Page 45 of 66
Exhibit A
Page 42 of 55





Exhibit 4
Page 46 of 66
Exhibit A
Page 43 of 55

# SALE NO. 3



*JD2017-008-004 (JD17-02-01)*

| | |
|---|---|
| **Location:** | East of 3075 SE Regner Road, Gresham, OR |
| **Legal Description:** | Multnomah County parcel 1S-3E-22BA Tax Lot 300, also known as tax account no. R340952 |
| **Date:** | March 30, 2016 |
| **Price:** | $40,000 |
| **Grantor:** | Gunawan Murhadi |
| **Grantee:** | Frank Elliott |
| **Recording:** | 2016-41786 |
| **Zone:** | LDR-7 |
| **Site Size:** | 3.13 acres |
| **Unit Price:** | $12,780 per acre |
| **Verified:** | Chris Kelly, Broker, Berkshire-Hathaway, 503-907-2280 |

**Comments:** This parcel involves a 3.13 acre site situated on the east side of SE Regner Road, north of Gabbert Road, in Gresham.  This is a sloping parcel with a drainage course running through the midpoint of the site.  The site has cover of mature deciduous and fir trees and is encumbered with slope overlays which will severely limit development potential.  The parcel was acquired on speculation without any immediate development plans, but with hope of obtaining a permit for a single home site in the future.

Exhibit 4
Page 47 of 66
Exhibit A
Page 44 of 55





Exhibit 4
Page 48 of 66
Exhibit A
Page 45 of 55

# SALE NO. 4



*JD2017-008-016 (JD17-02-01)*

| | |
|---|---|
| **Location:** | 9442 NE 13th Avenue, Portland, Oregon |
| **Legal Description:** | Multnomah County parcel 1N-1E-11AB Tax Lot 2000, also known as tax parcel no. R171716 |
| **Date:** | June 28, 2016 |
| **Price:** | $50,000 |
| **Grantor:** | Justine Saudan |
| **Grantee:** | City of Portland |
| **Recording:** | 2016-081325 |
| **Zone:** | RFhp(IS), City of Portland |
| **Site Size:** | 3.95 acres |
| **Unit Price:** | $12,658 |
| **Verified:** | Sue O'Halloran, Broker, 503-661-8000 |

**Comments:** This parcel is located on the east side of NE 13th Avenue, and 325 feet south of NE Gertz Road in Portland.  The parcel is located in a transitional residential/industrial area approximately one mile east of I-5.  The RF zoning will allow for development of one home site; however, the wetland characteristics of the site preclude the potential to develop the site for uses beyond agriculture and/or open space.  The site was acquired on an opportunity basis by the City of Portland for habitat preservation.  This City transaction was reportedly at arms-length with no threat of condemnation.

Exhibit 4
Page 49 of 66
Exhibit A
Page 46 of 55





Exhibit 4
Page 50 of 66
Exhibit A
Page 47 of 55

# SALE NO. 5



*JD2021-22-3646*

**Location:**          East of 410 Sandy Dell Road, Troutdale, OR
**Legal Description:**  1S4E06BB, tax lot 1500 in Multnomah County, Oregon R341510
**Date:**              July 20, 2020
**Price:**             $45,000
**Grantor:**           Kevin Pedigo
**Grantee:**           LeeAnn Peniche Rosenbarger
**Recording:**         2020-088093
**Zone:**              GGO- General Management Area (Open Space)
**Site Size:**         6.64-acres or approximately 289,238 square feet
**Unit Price:**        $6,777 per acre
**Verified:**          Dan Powell Listing Agent, The Agency, Inc. 503-309-2957

**Comments:** This sale consists of a 6.64-acres with only legal access via the Sandy River and no utilities to the site. The property is irregularly shaped, zoned General Management Area -GGO, (Open Space) with 3.56-acres being in the floodplain. The zoning does not allow for any structures larger than 60 square feet within very specific parameters to be built. Technically, the property has a net usable area of 3.08-acres due to the floodplain with the remainder in the floodway. The motivation for purchase was for recreation use.

Exhibit 4
Page 51 of 66
Exhibit A
Page 48 of 55





Exhibit 4
Page 52 of 66
Exhibit A
Page 49 of 55

# SALE NO. 6



*JD2021-22-3644*

| | |
|---|---|
| **Location:** | North of 13864 SE Clackamas River Drive, Oregon City, OR |
| **Map & Tax Lot No.** | 22E21A tax lot 2000 in Multnomah County, Oregon R544940 |
| **Date:** | February 21, 2020 |
| **Price:** | $30,000 |
| **Grantor:** | Hambleton Family Limited Partnership |
| **Grantee:** | Spectra Homes, Inc. |
| **Recording:** | 2020-012543 |
| **Zone:** | RRFF 5 |
| **Site Size:** | 2.33-acres or approximately 101,495 SF |
| **Unit Price:** | $12,876 per acre |
| **Verified:** | Amy Tierney, Keller Williams 360-567-7473 |

**Comments:** This sale consists of 2.33-acre zoned Rural Residential Farm Forest with a 5-acre minimum lot size with no utilities to the site. The access to the property is good via Clackamas River Drive, however the topography is extremely steep and the zoning precludes any development due to the minimum 5-acre lot size. The property was purchased by the neighboring property owner, Spectra Homes LLC, for a buffer.

Exhibit 4
Page 53 of 66
Exhibit A
Page 50 of 55





Exhibit 4
Page 54 of 66
Exhibit A
Page 51 of 55

# SALE NO. 7



*Photo from marketing material, www.PrivateIslandsOnline.com*

| | |
|---|---|
| **Location:** | River Mile 55, Columbia River, Columbia County, Oregon |
| **Legal Description:** | 8N4W14 tax lot 200, Columbia County, Oregon R8414-00-00200 |
| **Date:** | Active Listing |
| **Price:** | Asking $1,300,000 |
| **Grantor:** | John D Tennant III |
| **Grantee:** | N/A, Current Listing |
| **Recording:** | (Current Vesting) 2014-779, Quit Claim Deed, Columbia County |
| **Zone:** | Columbia County Recreational |
| **Site Size:** | Approximately 31-acres |
| **Unit Price:** | $41,935 per acre |
| **Verified:** | John Tennant, Seller via email: 1957bambam@gmail.com. |
| | See also www.privateislandsonline.com |

**Comments:** This current listing involves a 31-acre island located in northern Columbia County on the south shore of the Columbia River. The island is situated approximately eight miles north of the town of Clatskanie, Oregon; however, the island has no direct physical access other than by water. The landlocked parcel is completely surrounded by public ownership and the Columbia River. The property is being advertised as a recreational site with boat-in only access. The relatively level island consists of mostly flood prone land with a small sandy beach on the north side of the parcel. The listing material indicates that the island is available for camping, fishing, and bird hunting. The nearest boat launch is located at Willow Grove, which is approximately a five-minute trip by water from the site. As of this writing, I have confirmed that the island is still for sale with owner John Tennant via Private Islands Online real estate brokerage service. Mr. Tennant indicates that he has had several inquiries in the past few weeks; however, no firm offers have been made as of this writing. With an approximate area of 31-acres and an asking price of $1,300,000, this listing suggests an asking unit price of $41,935 per acre.

Exhibit 4
Page 55 of 66
Exhibit A
Page 52 of 55





Exhibit 4
Page 56 of 66
Exhibit A
Page 53 of 55



**Portland General Electric Company**
*121 SW Salmon Street, 1WTC1302, Portland, Oregon 97204-9951*
*www.PortlandGeneral.com*

July 23, 2021

Bill Ryan, Deputy Director
Oregon Department of State Lands
775 Summer Street NE, Suite 100
Salem, OR 97301

Chris Castelli, Northern Field Operations Manager
Oregon Department of State Lands
775 Summer Street NE, Suite 100
Salem, OR 97301

Re:    Appraisal Inspection Notice

Gentlemen:

Portland General Electric Company has engaged John Donnerberg, MAI, of Donnerberg Enterprises, LLC, to complete an appraisal of various parcels of property in the vicinity of Willamette Falls in which the State of Oregon, Oregon Department of State Lands, has claimed an ownership interest.

As part of the appraisal process, Mr. Donnerberg will need to view the property. The purpose of this letter is to invite you and your designated representative to accompany the appraiser in accordance with ORS 35.346(3).

The property inspection will occur on Wednesday, August 11, 2021, at 8:30 am. If you or your representative wish to attend, please let me know at your earliest convenience so we can coordinate access.

Your prompt attention this matter is appreciated.

Sincerely,

PORTLAND GENERAL ELECTRIC COMPANY

Mark Lindley,
Principal, PGE Real Estate Services
mark.lindley@pgn.com

Cc:    Addressees via Email: bill.ryan@state.or.us and chris.castelli@state.or.us
John Donnerberg via Email: john@donnerberg.com
Richard George via Email: richard.george@pgn.com
Steve Janik via Email: sjanik@balljanik.com

Exhibit 4
Page 57 of 66
Exhibit A
Page 54 of 55



# JOHN V. DONNERBERG, MAI

Certified General Appraiser

Mr. Donnerberg is the owner of Donnerberg Enterprises, LLC, an appraisal firm in the Portland, Oregon. John has been actively employed as a real estate appraiser in the Portland market since 1993. He is a Certified General Appraiser in the State of Oregon and Washington and holds the MAI designation from the Appraisal Institute. He has served several years as a board member of the Oregon Chapter of the International Right of Way Association (Chapter 3). He was the 2016 President of the Greater Oregon Chapter of the Appraisal Institute, which represents over 350 appraisers in Oregon. His professional work has focused primarily on right of way acquisition in Oregon and Southwest Washington throughout his career. John has completed numerous government acquisition appraisals including whole or partial takings, fee takings, and a variety of easement types including, power, gas, and water transmission corridors.

John has managed multiple projects requiring additional consultation from outside specialists (e.g., timber cruisers, architects, surveyors, civil engineers) and has successfully coordinated the project scope and deliverables needed by the various disciplines relative to the appraisal project. Mr. Donnerberg is well versed in both state and federal appraisal guidelines.

## SAMPLING OF CLIENTS SERVED

- Oregon Department of Transportation
- Washington County
- Multnomah County
- Clackamas County
- Clark County
- Portland Bureau of Transportation
- Portland Parks & Recreation
- Port of Portland
- City of Tigard
- City of Vancouver
- TriMet Transit
- Tualatin Hills Park and Rec.
- Metro
- Clean Water Services
- Portland General Electric
- Saalfeld Griggs LLP
- Stoel Rives LLP
- Cable Huston LLP
- Northwest Natural Gas
- Union Pacific Railroad

## APPRAISAL EXPERIENCE

**Donnerberg Enterprises, LLC**
Principal Owner
2014 to Present

**Real Property Consultants, Portland**
Staff Appraiser
1993 to 2014

## EDUCATION

Oregon State University
B.S. Degree
Technical Journalism

## LICENSES

Certified General Appraiser
*Oregon License No. C000554*
*Washington License No. 110092*

Exhibit 4
Page 58 of 66
Exhibit A
Page 55 of 55

DONNERBERG ENTERPRISES, LLC
Compensation Statement
Willamette Falls Condemnation Valuation
As of December 5, 2022


Fees:     $12,500

Hourly rate:  $250/hr.

Trial testimony and stand-by:  $300/hr.

Exhibit 4
Page 59 of 66



**DONNERBERG ENTERPRISES, LLC**
*Real Property Appraisal Services*
22542 E Brightwater Way
Rhododendron, OR 97049
Phone (503) 936-5129
Email: john@donnerberg.com



# JOHN V. DONNERBERG, MAI

Certified General Appraiser

Mr. Donnerberg is the owner of Donnerberg Enterprises, LLC, an appraisal firm in the Portland, Oregon. John has been actively employed as a real estate appraiser in the Portland market since 1993.  He is a Certified General Appraiser in the State of Oregon and Washington and holds the MAI designation from the Appraisal Institute. He has served several years as a board member of the Oregon Chapter of the International Right of Way Association (Chapter 3). He was the 2016 President of the Greater Oregon Chapter of the Appraisal Institute, which represents over 350 appraisers in Oregon. His professional work has focused primarily on right of way acquisition in Oregon and Southwest Washington throughout his career. John has completed numerous government acquisition appraisals including whole or partial takings, fee takings, and a variety of easement types including, power, gas, and water transmission corridors.

John has managed multiple projects requiring additional consultation from outside specialists (e.g., timber cruisers, architects, surveyors, civil engineers) and has successfully coordinated the project scope and deliverables needed by the various disciplines relative to the appraisal project.  Mr. Donnerberg is well versed in both state and federal appraisal guidelines.

## SAMPLING OF CLIENTS SERVED

- Oregon Department of Transportation
- Washington County
- Multnomah County
- Clackamas County
- Clark County
- Portland Bureau of Transportation
- Portland Parks & Recreation
- Port of Portland
- City of Tigard
- City of Vancouver
- TriMet Transit
- Tualatin Hills Park and Rec.
- Metro
- Clean Water Services
- Portland General Electric
- Saalfeld Griggs LLP
- Stoel Rives LLP
- Cable Huston LLP
- Northwest Natural Gas
- Union Pacific Railroad

## APPRAISAL EXPERIENCE

**Donnerberg Enterprises, LLC**
Principal Owner
2014 to Present

**Real Property Consultants, Portland**
Staff Appraiser
1993 to 2014

## EDUCATION

Oregon State University
B.S. Degree
Technical Journalism

## LICENSES

Certified General Appraiser
*Oregon License No. C000554*
*Washington License No. 110092*

Exhibit 4
Page 60 of 66

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S EXPERT WITNESS**

**DISCLOSURE/REPORT (DONNERBERG)** on the following:

Shaunee Vanessa Morgan
Nina R. Englander
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
shaunee.morgan@doj.state.or.us
nina.englander@doj.state.or.us

Attorneys for Defendant State of
Oregon

Craig J. Dorsey
Kathleen M. Gargan
Lea Ann Easton
Dorsay & Easton LLP
1737 NE Alberta Street, Suite 208
Portland, OR 97211
craig@dorsayindianlaw.com
katie@dorsayindianlaw.com
leaston@dorsayindianlaw.com

Attorneys for Intervenor Plaintiff
Confederated Tribes of Siletz Indians

Kimberly S. D'Aquila
Tribal Attorney's Office
9615 Grand Ronde Road
Grand Ronde, OR 97347
kim.daquila@grandronde.org

Attorneys for Intervenor Defendant
Confederated Tribes of the Grand
Ronde Community of Oregon

Richard Roos-Collins
Water and Power Law Group, PC
2140 Shattuck Avenue, Suite 801
Berkeley, CA 94704
rrcollins@waterpowerlaw.com

Attorneys for Intervenor Defendant
Confederated Tribes of the Grand Ronde
Community of Oregon

by causing a full, true, and correct copy thereof, addressed to the last-known address, to be sent
by the following indicated method or methods, on the date set forth below:

| X | by **mailing** in a sealed, first-class postage-prepaid envelope and deposited with the United States Postal Service. |

| X | by **emailing**. |

1-   CERTIFICATE OF SERVICE

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Exhibit 4
Page 61 of 66

62187.0021.0002\159312732.2

DATED:  December 5, 2022                **PERKINS COIE LLP**

By: */s/ Erick J. Haynie*
     **Erick J. Haynie**, OSB No. 982482
     EHaynie@perkinscoie.com
     1120 N.W. Couch Street, 10th Floor
     Portland, OR  97209-4128
     Telephone:  503.727.2000
     Facsimile: 503.727.2222

Attorneys for Plaintiff

2-   CERTIFICATE OF SERVICE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

62187.0021.0002\159312732.2

Exhibit 4
Page 62 of 66



NEOPOST          FIRST-CLASS MAIL
12/05/2022
US POSTAGE  $004.08⁰

ZIP 97209
041M11450811

**PERKINS**COIE

Perkins Coie LLP | PerkinsCoie.com

1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128

Craig J. Dorsey
Kathleen M. Gargan
Lea Ann Easton
Dorsay & Easton LLP
1737 NE Alberta Street, Suite 208
Portland, OR 97211

Exhibit 4
Page 63 of 66



NEOPOST          FIRST-CLASS MAIL
12/05/2022   $004.08⁰
US POSTAGE

ZIP 97209
041M11450811



Perkins Coie LLP | PerkinsCoie.com

1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128

Richard Roos-Collins
Water and Power Law Group, PC
2140 Shattuck Avenue, Suite 801
Berkeley, CA 94704

Exhibit 4
Page 64 of 66



**PERKINS**COIE

Perkins Coie LLP | PerkinsCoie.com

1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128

NEOPOST
12/05/2022
US POSTAGE $004.08⁰

FIRST-CLASS MAIL

ZIP 97209
041M11450811

Kimberly S. D'Aquila
Tribal Attorney's Office
9615 Grand Ronde Road
Grand Ronde, OR 97347

Exhibit 4
Page 65 of 66



NEOPOST    FIRST-CLASS MAIL
12/05/2022
US POSTAGE $004.08⁰
ZIP 97209
041M11450811



Perkins Coie LLP | PerkinsCoie.com

1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128

Shaunee Vanessa Morgan
Nina R. Englander
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201

Exhibit 4
Page 66 of 66