

COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS







(800) 528-3335

NAEGELIUSA.COM

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

PORTLAND GENERAL ELECTRIC COMPANY,
an Oregon corporation,

      Plaintiff,

vs.                          Case No. 3:22-CV-00533-SI

STATE OF OREGON, by and through
THE OREGON DEPARTMENT OF STATE
LANDS, AND +/- FIVE ACRES OF
UNIMPROVED LAND ALONG THE WILLAMETTE
RIVER NEAR WEST LINN, OREGON,

      Defendants,

and

CONFEDERATED TRIBES OF THE GRAND RONDE
COMMUNITY OF OREGON, a
federally-recognized tribe,

      Intervenor-Defendant.

_____

**DEPOSITION OF**

**MINI SHARMA-OGLE**

**TAKEN ON**
**WEDNESDAY, JUNE 7, 2023**
**9:06 A.M.**

Exhibit 5
Page 1 of 8
**PERKINS COIE LLP**
**1120 NORTHWEST COUCH STREET, TENTH FLOOR**
**PORTLAND, OREGON  97209**

**APPEARANCES**

**Appearing on behalf of the Plaintiff:**

ERICK J. HAYNIE, ESQUIRE

**Perkins Coie, LLP**

1120 Northwest Couch Street, Tenth Floor

Portland, Oregon  97209-4128

(503) 727-2017

(503) 346-2017 (Fax)

ehaynie@perkinscoie.com


**Appearing on behalf of the Defendants:**

KIMBERLY D'AQUILA, ESQUIRE

DENEEN AUBERTIN KELLER, ESQUIRE

**Tribal Attorney's Office**

9615 Grand Ronde Road

Grand Ronde, Oregon  97347-9712

(503) 879-5211

(503) 879-2333 (Fax)

kim.daquila@grandronde.org

deneen.aubertin@grandronde.org


**Also Present:**

Rich George, Senior Attorney, Portland General Electric

Jennifer Cotton, Naegeli PR Trainee

Exhibit 5

Page 2 of 8

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

INDEX

Page

EXAMINATION BY MS. D'AQUILA                               7

Exhibit 5
Page 3 of 8

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

EXHIBITS

Exhibit                                                    Page

1        CTGR SAFETY PLAN EMAIL SUBJECT          20

2        WF PLATFORM                             30

3        PGE SIGNATORY EMAIL SUBJECT             38

4        PGE SIGNATORY EMAIL SUBJECT             50

5        SPECIAL USE APPLICATION FORM            62

6        DEPARTMENT OF STATE LANDS APPLICATION   65

7        NEW PRP COMMENT EMAIL SUBJECT           69

8        WILLAMETTE FALLS FILES EMAIL SUBJECT    110

9        LIST OF ATTENDEES EMAIL SUBJECT         120

10       GR PLATFORM FISHING DOCUMENTS           124
         REVIEW EMAIL

11       CTWS TIMELINE EMAIL SUBJECT             152

Exhibit 5
Page 4 of 8



NAEGELI DEPOSITION & TRIAL    (800)528-3335
NAEGELIUSA.COM

EXHIBITS CONTINUED

| Exhibit | | Page |
|---|---|---|
| 12 | PGE FISHING PLATFORM EMAIL SUBJECT | 162 |
| 13 | REDLINE VERSION OF THE PRINCIPLE DOCUMENT EMAIL | 170 |
| 14 | MEETING MINUTES | 179 |

Exhibit 5
Page 5 of 8

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

That's what I remember about this map. And that's what most of my discussions with my, you know, folks were. Everyone was concerned about what does this mean for -- from a safety standpoint and how does it interfere, if it does, from an operational standpoint.

Q.   Okay.  You said most of your discussions with your folks.  What folks were those?

A.   Rich George; Arya, who was our Director for Environmental Services, my boss's boss.

Q.   Okay.  And what -- do you recall any specific concerns expressed by Arya or anybody in environmental services?

A.   Yes.  Like I said, most of the concerns -- all of the concerns were around the safety and the operations.

Q.   Okay.  And did -- was there any conversations about not wanting to allow a platform on PGE property?

A.   It was a long process of folks trying to understand what the implications of this are.  Like I said, we've never done something like this before so there was no determinations.  In fact, I mean, to be honest, everybody in the company that I spoke to were curious about it, wanted to know what it meant.

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

Exhibit 5
Page 6 of 8

what I saw was everybody trying to figure out their pieces, put it together, the bigger piece for PGE, and make this happen.

Q.    Okay.

A.    So there was no -- nobody internally saying, well, we shouldn't let this happen, we shouldn't let the tribes do their traditional cultural practices.  I mean, even now, you know, all that -- the joint -- whatever, the traditional permit that Rich George working on now for all the tribes.  The intent that I've seen at PGE is always trying --

I mean, we set up a tribal liaison position for the company.  Nobody else that I know of, any utility, really does that, and that's to -- that's testimony to say that PGE has really been intentional over the years to work closely with tribes.

And my job was to sort of help the -- the company understand tribal worldviews and perspectives.  So I've always felt that everybody in PGE that I've worked with are always curious about tribes and trying to do the right thing.

Q.    Okay.  So you said a moment ago that there was not at all any objection to the tribe placing a

Exhibit 5
Page 7 of 8

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

CERTIFICATE

I, Dan Kirdey do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 30th day of June, 2023.

_____

Dan Kirdey

Exhibit 5
Page 8 of 8