| | |
|---|---|
| From: | Nick Loos [/O=PGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=NICKLOOS] |
| Sent: | 5/8/2017 11:47:56 AM |
| To: | Bradley Jenkins [Bradley.Jenkins@pgn.com] |
| Subject: | RE: Surveyor data from Grand Ronde |
| Attachments: | WF LEASE LEGAL - 04272017153617.pdf; WF LEASE MAP-04272017153617.pdf |

Hi Brad,

There is a proposal from the tribes to lease a portion of the Willamette Falls for the installation of removable fishing platforms. This is an area that is extremely dangerous and is out of our control(i.e. when flashboards fail , flow increases and 60' cottonwood trees crest the falls). Not sure what our legal department stance is on this, but it would seem that if PGE is leasing property it is granting permission. We have avoided granting permission for the tribes to access the falls in the past, mainly to avoid the conflict between the tribes and the State.

Nick

---

**From:** Mini Sharma-Ogle
**Sent:** Tuesday, May 02, 2017 9:06 AM
**To:** Nick Loos; JB Hoy
**Cc:** Richard George; Sid Hillier; Arya Behbehani; Tim Shibahara
**Subject:** RE: Surveyor data from Grand Ronde

HI Nick,

No fishing has started this year and the way it look right now, we will be advising the Tribe against any platform fishing this year. We just received this surveyor info from the Tribe and are trying to figure out what that means for future platform fishing requests.

I also got an email from the Tribe's fish biologist, who says, "The Tribe is having a community first fish ceremony on May 5th. It had been hoped that we could try and catch a fish at the Falls for the event.  That no longer looks very likely.  We were out there scouting on Monday, we never ventured above the OMB line and that was more than enough to see that it is crazy out there right now.  There may still be a desire to get the fishers out there next Thursday to scout the Falls themselves.  I do not see that leading to a fishing trip on Friday the 5th but I will keep you posted."

I have asked Tim if he has any concerns on this and if so how we should respond.

Hope that helps.

Thanks,

Mini


Mini Sharma-Ogle
Archaeologist/Senior Environmental Specialist-Cultural Resources and Projects
Environmental and Licensing Services
Portland General Electric
121 SW Salmon Street 3WTC0403| Portland, OR 97204

(w) 503-464-8657 | (c) 850-491-6333 | (f) 503-464-2944

Exhibit 6
Page 1 of 7

CONFIDENTIAL

PGE_015365



**From:** Nick Loos
**Sent:** Monday, May 01, 2017 5:54 PM
**To:** Mini Sharma-Ogle; JB Hoy
**Cc:** Richard George; Sid Hillier; Arya Behbehani; Tim Shibahara
**Subject:** RE: Surveyor data from Grand Ronde

Hi Mini,

I am sorry if I am behind on the proposal for this fishing platform. Didn't this project start on the WL side of the falls down-stream from the ODFW obermeyer? The area that is proposed, is extremely dangerous with unpredictable flow.
Nick

**From:** Mini Sharma-Ogle
**Sent:** Monday, May 01, 2017 12:37 PM
**To:** JB Hoy
**Cc:** Richard George; Nick Loos; Sid Hillier; Arya Behbehani; Tim Shibahara; Jennifer Santhouse
**Subject:** Surveyor data from Grand Ronde

Good Afternoon JB,

The Grand Ronde Tribe just sent forth this data from their surveyors. Would you be kind enough to take a look at it and confirm that it is compatible with our understanding of the property lines? Also, are the areas they are looking at still within our FERC project boundaries?

Thanks!

Mini Sharma-Ogle
Archaeologist/Senior Environmental Specialist-Cultural Resources and Projects
Environmental and Licensing Services
Portland General Electric
121 SW Salmon Street 3WTC0403| Portland, OR 97204

(w) 503-464-8657 | (c) 850-491-6333 | (f) 503-464-2944



**From:** Teresa A. Clay [mailto:Teresa.A.Clay@grandronde.org]
**Sent:** Monday, May 01, 2017 10:23 AM
**To:** Mini Sharma-Ogle
**Cc:** Kelly Dirksen; Jennifer Biesack
**Subject:** RE: list of attendees

Exhibit 6
Page 2 of 7

PGE_015366

CONFIDENTIAL (EXCLUDING EMAIL TRANSMITTAL INFO. IMMEDIATELY ABOVE)

***Please take care when opening links, attachments or responding to this email as it originated outside of PGE.***

Good morning Mini –

Attached is the map and legal descriptions prepared by the surveyor.

Please let me know if I can be of any further assistance.

Thanks!

Teresa (Clay) Brocksen
Tribal Realty Coordinator
Confederated Tribes of Grand Ronde
9615 Grand Ronde Road
Grand Ronde, Oregon 97347
Teresa.A.Clay@GrandRonde.org
503-879-1414

**From:** Jennifer Biesack
**Sent:** Thursday, April 27, 2017 8:25 AM
**To:** 'Mini Sharma-Ogle' <Mini.Sharma-Ogle@pgn.com>
**Cc:** Kelly Dirksen <Kelly.Dirksen@grandronde.org>; Teresa A. Clay <Teresa.A.Clay@grandronde.org>
**Subject:** RE: list of attendees

Hi Mini,
We were just on the phone with the surveyor yesterday and he is finalizing his work product.  Once Teresa reviews and approves the documents, I'll have her forward it to you.  Were you able to meet internally?  Any news or any other info we can get to you all?

Thanks for checking in!

**From:** Mini Sharma-Ogle [mailto:Mini.Sharma-Ogle@pgn.com]
**Sent:** Wednesday, April 26, 2017 9:57 AM
**To:** Jennifer Biesack <Jennifer.Biesack@grandronde.org>
**Cc:** Kelly Dirksen <Kelly.Dirksen@grandronde.org>
**Subject:** RE: list of attendees

Hi Jennifer,

Any word from the surveyors?

Thanks for any update,

Mini

Mini Sharma-Ogle
Archaeologist/Senior Environmental Specialist-Cultural Resources and Projects
Environmental and Licensing Services
Portland General Electric
121 SW Salmon Street 3WTC0403| Portland, OR 97204

Exhibit 6
Page 3 of 7

PGE_015367

(w) 503-464-8657 | (c) 850-491-6333 | (f) 503-464-2944



Exhibit 6
Page 4 of 7

PGE_015368

EXPIRES 31 DECEMBER 2018



Leland MacDonald & Assoc., LLC
Land Surveyors
3765 Riverside Drive
McMinnville, OR 97128
Phone: 472-7904
Fax : 472-0367

21 April 2017

Description of Real property for: Confederated Tribes of the Grand
Ronde Community of Oregon – Lease Area 4, 5, & 6 for Ceremonial
Fishing Site, Willamette Falls, Oregon.

A tract of land located in Section 31, Township 2 South, Range 2 East
of the Willamette Meridian in Clackamas County, Oregon, being more
particularly described as follows:

Beginning at a point from which an Oregon Department of
Transportation brass disk in sidewalk stamped "EPF 10 1983", National
Geodetic Survey Point Identifier RD1617, bears North 03°01'24" West
1730.36 feet; thence South 44°35'32" East 221.94 feet; thence South
47°04'41" West 196.47 feet; thence North 27°38'24" West 49.77 feet;
thence North 00°14'42" West 36.18 feet; thence North 63°42'43" West
31.62 feet; thence North 17°16'55" West 31.54 feet; thence North
47°35'19" West 90.53 feet; thence North 47°26'03" East 157.30 feet
to the POINT OF BEGINNING, as shown on Exhibit "_____".

The Basis of Bearings for this description is the Oregon State Plane
Coordinate System, North Zone (3601) NAD 83 (2007) Grid Bearings
and distances.

END DESCRIPTION

Exhibit 6
Page 5 of 7

PGE_015369

EXPIRES 31 DECEMBER 2018

Leland MacDonald & Assoc., LLC
Land Surveyors
3765 Riverside Drive
McMinnville, OR 97128
Phone:  472-7904
Fax  :  472-0367

REGISTERED
PROFESSIONAL
LAND SURVEYOR

OREGON
JANUARY 16, 2002
Leland A. MacDonald
53226

21 April 2017

Description of Real property for: Confederated Tribes of the Grand
Ronde Community of Oregon – Lease Area 7 for Ceremonial Fishing
Site, Willamette Falls, Oregon.

A tract of land located in Section 31, Township 2 South, Range 2 East
of the Willamette Meridian in Clackamas County, Oregon, being more
particularly described as follows:

Beginning at a point from which an Oregon Department of
Transportation brass disk in sidewalk stamped "EPF 10 1983", National
Geodetic Survey Point Identifier RD1617, bears North 07°26'13" West
1638.15 feet; thence South 82°59'44" East 35.70 feet; thence South
46°26'06" East 31.35 feet; thence South 37°17'44" West 40.64 feet;
thence South 83°47'33" West 49.21 feet; thence North 13°36'03" East
65.45 feet to the POINT OF BEGINNING, as shown on Exhibit
"_____".

The Basis of Bearings for this description is the Oregon State Plane
Coordinate System, North Zone (3601) NAD 83 (2007) Grid Bearings
and distances.

END DESCRIPTION

Exhibit 6
Page 6 of 7
PGE_015370



# Lease Exhibit "____" for :
# Confederated Tribes of the Grand Ronde Community of Oregon

**Location:** SW 1/4 & NW 1/4 Section 31, T. 2 S., R. 2 E., WM., in a portion of the Robert Moore Donation Land Claim No. 67, Clackamas County, Oregon.

**Date:** 21 April 2017

## NARRATIVE

BEARING BASE FOR THIS EXHBIT IS DIRECT GPS OBSERVATIONS TO NGS STATIONS RD1617, RD4331, AJ8146, AE1867, FROM WHICH OREGON STATE PLANE NORTH ZONE NAD 83 (2007) US FEET POSITIONS WERE DERIVED. VERTICAL DATUM IS NGVD29 BASED ON USACE WILLAMETTE FALLS BENCHMARK 00-39-07 (BRASS DISK). TIES WERE ALSO MADE TO MONUMENTS OF PS-20107 (NOT SHOWN) FOR ROTATION TO THAT SURVEY. MOORES ISLAND MEANDER LINES SHOWN ARE FROM PS-24199, WHICH HELD THE MONUMENTS OF PS-20107. TAX LOT LINES ARE FROM PS-29080 & RECORD G.L.O. MEANDERS.  BEARINGS AND DISTANCES SHOWN ARE GRID.

Θ = -1°30'05.4"
S.F. = 0.99990000

**P.O.B. LEASE AREA 7 FROM** WHICH NGS STA. RD1617, AN ODOT BRASS DISK IN SIDEWALK STAMPED EPF-10, BEARS N07°26'13"W 1638.15' FROM WHICH DISK NGS STA. AE1867 BEARS N66°40'44"E 5951.54'

**P.O.B. LEASE AREA 4, 5 & 6** FROM WHICH NGS STA. RD1617, AN ODOT BRASS DISK IN SIDEWALK STAMPED EPF-10, BEARS N03°01'24"W 1730.36', FROM WHICH DISK NGS STA. AE1867 BEARS N66°40'44"E 5951.54'

U.S. LOT 8

0.07 Acres

AREA BETWEEN LOT 8 & ABERNATHY ISLAND DEEDED TO P.G.E.

MOORE'S ISLAND

WILLAMETTE

RIVER

0.85 Acres

N 47°26'03" E 157.30'
S 44°35'32" E 221.94'
S 47°04'41" W 196.47'

GRID
TRUE

Scale: 1" = 100'

Tax Lot 702
Portland General Electric Co.
Vol. 209, Pg. 26, Parcel 100

TAX LOT LINES

TAX LOT LINES

## LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L18 | N 27°38'24" W | 49.77' |
| L19 | N 00°14'42" W | 36.18' |
| L20 | N 63°42'43" W | 31.62' |
| L21 | N 17°16'55" W | 31.54' |
| L22 | N 47°35'19" W | 90.53' |
| L23 | S 82°59'44" E | 35.70' |
| L24 | S 46°26'06" E | 31.35' |
| L25 | S 37°17'44" W | 40.64' |
| L26 | S 83°47'33" W | 49.21' |
| L27 | N 13°36'03" E | 65.45' |

T. 2 S., R. 1 E., WM
SEC. 36

SEC. 31
T. 2 S., R. 2 E., WM

BY : LELAND MACDONALD & ASSOC., LLC
3765 RIVERSIDE DRIVE
MCMINNVILLE, OREGON  97128
PHONE : 503-472-7904
FAX: 503-472-0367
EMAIL: LEE@MACDONALDSURVEYING.COM

ABERNATHY ISLAND

Tax Lot 600
Portland General Electric Co.
Vol. 209, Pg. 26, Parcel 99

REGISTERED
PROFESSIONAL
LAND SURVEYOR

OREGON
January 16, 2002
LELAND A. MACDONALD
59236

Expires 31 December 2018

PGE_01337
Page 7 of 7
#7998