| | |
|---|---|
| **From:** | Nick Loos [/O=PGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=NICKLOOS] |
| **Sent:** | 5/8/2017 12:03:26 PM |
| **To:** | Bradley Jenkins [Bradley.Jenkins@pgn.com] |
| **Subject:** | RE: Surveyor data from Grand Ronde |

Thanks Brad,
Will do. I wanted to see if you and I were thinking the same thing.
Nick

**From:** Bradley Jenkins
**Sent:** Monday, May 08, 2017 12:02 PM
**To:** Nick Loos
**Subject:** RE: Surveyor data from Grand Ronde

Nick, can we reach out to legal and government affairs to get their position. I am not in favor of creating a hazard for members of the public.

Brad

**From:** Nick Loos
**Sent:** Monday, May 08, 2017 11:48 AM
**To:** Bradley Jenkins
**Subject:** RE: Surveyor data from Grand Ronde

Hi Brad,
There is a proposal from the tribes to lease a portion of the Willamette Falls for the installation of removable fishing platforms. This is an area that is extremely dangerous and is out of our control(i.e. when flashboards fail , flow increases and 60' cottonwood trees crest the falls). Not sure what our legal department stance is on this, but it would seem that if PGE is leasing property it is granting permission. We have avoided granting permission for the tribes to access the falls in the past, mainly to avoid the conflict between the tribes and the State.
Nick

**From:** Mini Sharma-Ogle
**Sent:** Tuesday, May 02, 2017 9:06 AM
**To:** Nick Loos; JB Hoy
**Cc:** Richard George; Sid Hillier; Arya Behbehani; Tim Shibahara
**Subject:** RE: Surveyor data from Grand Ronde

HI Nick,

No fishing has started this year and the way it look right now, we will be advising the Tribe against any platform fishing this year. We just received this surveyor info from the Tribe and are trying to figure out what that means for future platform fishing requests.

I also got an email from the Tribe's fish biologist, who says, "The Tribe is having a community first fish ceremony on May 5th. It had been hoped that we could try and catch a fish at the Falls for the event. That no longer looks very likely. We were out there scouting on Monday, we never ventured above the OMB line and that was more than enough to see that it is crazy out there right now. There may still be a desire to get the fishers out there next Thursday to scout the Falls themselves. I do not see that leading to a fishing trip on Friday the 5th but I will keep you posted."

I have asked Tim if he has any concerns on this and if so how we should respond.

Exhibit 7
Page 1 of 4

CONFIDENTIAL

PGE_015361

Hope that helps.

Thanks,

Mini


Mini Sharma-Ogle
Archaeologist/Senior Environmental Specialist-Cultural Resources and Projects
Environmental and Licensing Services
Portland General Electric
121 SW Salmon Street 3WTC0403| Portland, OR 97204

(w) 503-464-8657 | (c) 850-491-6333 | (f) 503-464-2944



**From:** Nick Loos
**Sent:** Monday, May 01, 2017 5:54 PM
**To:** Mini Sharma-Ogle; JB Hoy
**Cc:** Richard George; Sid Hillier; Arya Behbehani; Tim Shibahara
**Subject:** RE: Surveyor data from Grand Ronde

Hi Mini,
I am sorry if I am behind on the proposal for this fishing platform. Didn't this project start on the WL side of the falls down-stream from the ODFW obermeyer? The area that is proposed, is extremely dangerous with unpredictable flow.
Nick

**From:** Mini Sharma-Ogle
**Sent:** Monday, May 01, 2017 12:37 PM
**To:** JB Hoy
**Cc:** Richard George; Nick Loos; Sid Hillier; Arya Behbehani; Tim Shibahara; Jennifer Santhouse
**Subject:** Surveyor data from Grand Ronde

Good Afternoon JB,

The Grand Ronde Tribe just sent forth this data from their surveyors. Would you be kind enough to take a look at it and confirm that it is compatible with our understanding of the property lines? Also, are the areas they are looking at still within our FERC project boundaries?

Thanks!

Mini Sharma-Ogle
Archaeologist/Senior Environmental Specialist-Cultural Resources and Projects
Environmental and Licensing Services
Portland General Electric
121 SW Salmon Street 3WTC0403| Portland, OR 97204

(w) 503-464-8657 | (c) 850-491-6333 | (f) 503-464-2944

CONFIDENTIAL

Exhibit 7
Page 2 of 4

PGE_015362



**From:** Teresa A. Clay [mailto:Teresa.A.Clay@grandronde.org]
**Sent:** Monday, May 01, 2017 10:23 AM
**To:** Mini Sharma-Ogle
**Cc:** Kelly Dirksen; Jennifer Biesack
**Subject:** RE: list of attendees

***Please take care when opening links, attachments or responding to this email as it originated outside of PGE.***

Good morning Mini –

Attached is the map and legal descriptions prepared by the surveyor.

Please let me know if I can be of any further assistance.

Thanks!

Teresa (Clay) Brocksen
Tribal Realty Coordinator
Confederated Tribes of Grand Ronde
9615 Grand Ronde Road
Grand Ronde, Oregon 97347
Teresa.A.Clay@GrandRonde.org
503-879-1414

**From:** Jennifer Biesack
**Sent:** Thursday, April 27, 2017 8:25 AM
**To:** 'Mini Sharma-Ogle' <Mini.Sharma-Ogle@pgn.com>
**Cc:** Kelly Dirksen <Kelly.Dirksen@grandronde.org>; Teresa A. Clay <Teresa.A.Clay@grandronde.org>
**Subject:** RE: list of attendees

Hi Mini,
We were just on the phone with the surveyor yesterday and he is finalizing his work product. Once Teresa reviews and approves the documents, I'll have her forward it to you. Were you able to meet internally? Any news or any other info we can get to you all?

Thanks for checking in!

**From:** Mini Sharma-Ogle [mailto:Mini.Sharma-Ogle@pgn.com]
**Sent:** Wednesday, April 26, 2017 9:57 AM
**To:** Jennifer Biesack <Jennifer.Biesack@grandronde.org>

Exhibit 7
Page 3 of 4

**Cc:** Kelly Dirksen <Kelly.Dirksen@grandronde.org>
**Subject:** RE: list of attendees

Hi Jennifer,

Any word from the surveyors?

Thanks for any update,

Mini

Mini Sharma-Ogle
Archaeologist/Senior Environmental Specialist-Cultural Resources and Projects
Environmental and Licensing Services
Portland General Electric
121 SW Salmon Street 3WTC0403| Portland, OR 97204

(w) 503-464-8657 | (c) 850-491-6333 | (f) 503-464-2944



Exhibit 7
Page 4 of 4

PGE_015364