**From:** Kelly Dirksen [mailto:Kelly.Dirksen@grandronde.org]
**Sent:** Wednesday, April 26, 2017 12:31 PM
**To:** Mini Sharma-Ogle
**Subject:** RE: list of attendees

***Please take care when opening links, attachments or responding to this email as it originated outside of PGE.***

Hey Mini, I spoke to Jennifer and it sounds like they will have something off you shortly. The explanation I received I cannot possibly paraphrase but it appears there has been some challenges with reconciling the datum that survey was done in with the datum of the State's base layer. The short answer is that Theresa should have that information to you shortly.

The Tribe is having a community first fish ceremony on May 5th. It had been hoped that we could try and catch a fish at the Falls for the event. That no longer looks very likely. We were out there scouting on Monday, we never ventured above the OMB line and that was more than enough to see that it is crazy out there right now. There may still be a desire to get the fishers out there next Thursday to scout the Falls themselves. I do not see that leading to a fishing trip on Friday the 5th but I will keep you posted.

---

**From:** Mini Sharma-Ogle [mailto:Mini.Sharma-Ogle@pgn.com]
**Sent:** Wednesday, April 26, 2017 9:57 AM
**To:** Jennifer Biesack
**Cc:** Kelly Dirksen
**Subject:** RE: list of attendees

Hi Jennifer,

Any word from the surveyors?

Thanks for any update,

Mini

Mini Sharma-Ogle
Archaeologist/Senior Environmental Specialist-Cultural Resources and Projects
Environmental and Licensing Services
Portland General Electric
121 SW Salmon Street 3WTC0403| Portland, OR 97204

(w) 503-464-8657 | (c) 850-491-6333 | (f) 503-464-2944

Exhibit 8
Page 1 of 2
**PGE_015436**



**From:** Mini Sharma-Ogle
**Sent:** Tuesday, April 11, 2017 4:25 PM
**To:** 'Jennifer.Biesack@grandronde.org'
**Cc:** 'Kelly Dirksen'
**Subject:** list of attendees

HI Jennifer,

Thanks for your call today. I will await the information from your surveyors. In the meantime, I will schedule an internal meeting for PGE staff to discuss your plans. Here is the list of people who attended the meeting last Monday, that you requested.

Rich George: Attorney
Jennifer Santhouse- Property
Michelle Miranda- Government Affairs, Federal
Tom Nilan-Environmental and Licensing
Dan Cramer-Fish Biologist
Mini Sharma-Ogle- Archaeologist/FERC License

Thank you,

Mini

Mini Sharma-Ogle
Archaeologist/Senior Environmental Specialist-Cultural Resources and Projects
Environmental and Licensing Services
Portland General Electric
121 SW Salmon Street 3WTC0403| Portland, OR 97204

(w) 503-464-8657 | (c) 850-491-6333 | (f) 503-464-2944



Exhibit 8
Page 2 of 2
**PGE_015437**