| From: | WEBSTER Alison G * OED [Alison.G.WEBSTER@oregon.gov] |
|---|---|
| Sent: | 5/2/2019 12:24:37 PM |
| To: | Rich, Christopher W. (POR) [CRich@perkinscoie.com] |
| CC: | Seeley Jeffery [jeff.seeley@doj.state.or.us]; DeVore Matt B [Matt.B.DeVore@doj.state.or.us]; 'richard.george@pgn.com' [richard.george@pgn.com]; 'john.ogan@jwoganlaw.com' [john.ogan@jwoganlaw.com]; 'brenthall@ctuir.org' [brenthall@ctuir.org]; 'kim.daquila@grandronde.org' [kim.daquila@grandronde.org]; 'craig@dorsayindianlaw.com' [craig@dorsayindianlaw.com]; 'marcus@yakamanation-olc.org' [marcus@yakamanation-olc.org]; Rob Greene [Rob.Greene@grandronde.org]; OED_OAH_REFERRAL * OED [OED_OAH_REFERRAL@oregon.gov] |
| Subject: | RE: OAH Case No. 2019-ABC-02395 / Waterway Registration 59537-RG - Prehearing Conference Summary |

Greetings,

This will confirm what we discussed in this morning's prehearing conference in the above-referenced matter. The following persons participated in the telephone conference: Assistant Attorney General Matt DeVore for the Department, along with agency representatives Chris Castelli, Bill Ryan, and Justin Russell; Attorney Kimberly D'Aquila with Rob Greene with Mr. Biesack for the Confederated Tribes of Grande Ronde; Attorneys Christopher Rich and Richard George for Portland General Electric (PGE); Attorney John Ogan for the Confederated Tribes of Warm Springs; Attorney Brent Hall for the Confederated Tribes of the Umatilla Indian Reservation; Attorney Marcus Shirzad and Brendan Keenan for the Confederated Tribes and Bands of the Yakama Nation; and Attorney Craig Dorsay for the Confederated Tribes of Siletz Indians.

All seven parties agree in principal that this is an appropriate case for collaborative dispute resolution. There is, however, some disagreement among the parties as to the proper scope and breadth of that mediation process and whether bifurcation of issues is necessary. After considering the parties' respective positions on this issue, I granted PGE's request to stay the contested case and bifurcate the proceeding to allow the parties to participate in dispute resolution/mediation to (hopefully) resolve the ownership/jurisdictional issue. Once the ownership issue is resolved, it will help frame the other challenges to the Department's approval of Registration No. 59537-RG.

As set out in OAR 137-005-0565, the parties intend to sign a written agreement to collaborate pursuant to OAR 137-005-0030. We established a deadline of **June 28, 2019** for the parties to enter into that written agreement. Between now and June 28, 2019, it is the expectation that the parties will: (1) engage in informal discovery on documents pertinent to the ownership/jurisdictional issue; (2) agree upon a dispute resolution provider (mediator); (3) circulate, review, and reach consensus on the written agreement to collaborate; and (4) have the written agreement to collaborate signed and approved by the parties' respective governing boards and councils.

We have scheduled a second prehearing conference for **Monday, July 8, 2019 at 10:00 a.m.** During that conference, I will expect the parties to report on the status of the case, and the timeline for concluding the dispute resolution process, including the projected mediation date(s). OAH will be issuing the prehearing conference notice in due course. The call in number (1-877-622-4041) and access code (7102395) should remain the same.

Please let me know if I have missed, or misstated anything above. Thank you.

*Alison Greene Webster*
Presiding Administrative Law Judge
Office of Administrative Hearings
7995 SW Mohawk Street
Tualatin, OR 97062

Phone: 503-612-4300
Fax: 503-612-4340

Exhibit 10
Page 1 of 2

PGE_000039

*****CONFIDENTIALITY NOTICE*************

This email may contain information that is confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee, or if it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.
************************************



**From:** Rich, Christopher W. (Perkins Coie) [mailto:CRich@perkinscoie.com]
**Sent:** Wednesday, May 01, 2019 4:48 PM
**To:** WEBSTER Alison G * OED
**Cc:** Seeley Jeffery; DeVore Matt B; 'richard.george@pgn.com'; 'john.ogan@jwoganlaw.com'; 'brenthall@ctuir.org'; 'kim.daquila@grandronde.org'; 'craig@dorsayindianlaw.com'; 'marcus@yakamanation-olc.org'; Rob Greene; OED_OAH_REFERRAL * OED
**Subject:** OAH Case No. 2019-ABC-02395 / Waterway Registration 59537-RG

Dear Judge Webster:

In advance of our pre-hearing conference tomorrow in OAH Case No. 2019-ABC-02395 / Waterway Registration 59537-RG, please consider the attached letter.

Best Regards,

**Christopher Rich | Perkins Coie LLP**
PARTNER
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2004
F. +1.503.346.2004
E. CRich@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Exhibit 10
Page 2 of 2

PGE_000040