

COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS





(800) 528-3335

NAEGELIUSA.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

PORTLAND GENERAL ELECTRIC COMPANY,
an Oregon corporation,

      Plaintiff,



v.                      Case No.:  3:22-CV-00533-SI

STATE OF OREGON, by and through
THE OREGON DEPARTMENT OF STATE LANDS,
and +/- FIVE ACRES OF UNIMPROVED
LAND ALONG THE WILLAMETTE RIVER
NEAR WEST LINN, OREGON,

      Defendants,

and

CONFEDERATED TRIBES OF THE GRAND
RONDE COMMUNITY OF OREGON, a
federally-recognized Indian tribe,

      Intervenor-Defendant.

_____

**DEPOSITION OF**

**NICHOLAS LOOS**

**TAKEN ON**
**TUESDAY, APRIL 18, 2023**
**2:53 P.M.**

Exhibit 12
Page 1 of 7
**PERKINS COIE LLP**
**1120 NW COUCH STREET, 10TH FLOOR**
**PORTLAND, OREGON  97209**

**APPEARANCES**


**Appearing on behalf of the Plaintiff:**

ERICK J. HAYNIE, ESQUIRE

MEGAN HOULIHAN, ESQUIRE

**Perkins Coie LLP**

1120 NW Couch Street, 10th Floor

Portland, OR   97209

(503) 727-2000

(503) 727-2222 (Fax)

ehaynie@perkinscoie.com

mhoulihan@perkinscoie.com


**Appearing on behalf of the Intervenor-Defendant:**

KIMBERLY S. D'AQUILA, ESQUIRE

DENEEN AUBERTIN KELLER, ESQUIRE

**Confederated Tribes of Grand Ronde Attorney's Office**

9615 Grande Ronde Road

Grande Ronde, OR   97347

(503) 879-5211

(503) 879-2025 (Fax)

kim.daquila@granderonde.org

daneen.aubertin@granderonde.org

Exhibit 12
Page 2 of 7

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

**APPEARANCES CONTINUED**

**ALSO PRESENT:**

J. Richard George, Esquire, In-House Counsel, Portland

General Electric Company

Mark Lindley

Exhibit 12
Page 3 of 7

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

                                    INDEX

                                                              Page


EXAMINATION BY MS. D'AQUILA                                    7


EXAMINATION BY MR. HAYNIE                                      79


FURTHER EXAMINATION BY MS. D'AQUILA                           88


FURTHER EXAMINATION BY MR. HAYNIE                             89

Exhibit 12
Page 4 of 7

EXHIBITS

Exhibit                                                        Page


    1       AMENDED NOTICE OF DEPOSITION                        9


    2       EMAIL WILLAMETTE FALLS ELECTRICAL                   75

            SHOCK HAZARD

Exhibit 12
Page 5 of 7

NAEGELI
DEPOSITION & TRIAL          (800)528-3335
                           NAEGELIUSA.COM

anybody.

It's dangerous out there.  Anybody that goes out there can see that there are inherent danger at the Falls, but there are hazards that are not known, that are not obvious; and that's the debris above, it's the ground fault issues, it's the automatic operations.

So end of the day, that's really -- and I think it's consistent through all the communications with Grand Ronde, is just trying to make sure we can manage the safety.  And by having the Agreement in place, we can communicate, we can steer when access is going to occur based on operations.  We can make sure our operators are present to make sure we're not doing anything that's going to impact.  Just construction activities are a higher trip potential of the plant.  We can communicate that, come up with a plan on.

But not having control of the site when people show up, either unannounced or not where they said they were going to, it's really hard for us to manage.  And I think about our operator, that his actions could cause, you know, a life safety event.  And, you know, we're putting him in that situation, so that's really been the challenge for us.

Exhibit 12
Page 6 of 7

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

CERTIFICATE


I, Chelsy M. Jackson, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 8th day of May, 2023.

Chelsy M. Jackson
_____
Chelsy M. Jackson

Exhibit 12
Page 7 of 7