## LIST OF WITNESSES

| Case No. | 3:22-cv-533-SI | Michael H. Simon<br>US District Court Judge |
|---|---|---|
| **Title** | Portland General Electric Company v. | |
| | State of Oregon et al | |
| **Dates of Hearing/Trial** | April 21, 2025 – April 25, 2025 | |
| **Court Reporters** | Dennis Apodaca | |
| **Deputy Clerks** | Mary Austad | |

| **Plaintiff's Counsel** | **Defendants' Counsel** |
|---|---|
| Erick J. Haynie, Megan K. Houlihan, and Christopher W. Rich | Kimberly D'Aquila - Grand Ronde Tribe |
| | Shaunee Morgan and Carla Scott – State of Oregon |
| | Lea Ann Easton – Siletz Tribe |

## LIST OF WITNESSES

| Date | Time | Witness | Called by |
|---|---|---|---|
| 4/21/2025 | 10:07 a.m. | Nicholas Loos – Direct | PGE |
|  | 11:50 a.m. | Break |  |
|  | 12:47 p.m. | Cross | Grand Ronde |
|  | 1:57 p.m. | Redirect | PGE |
|  | 2:27 p.m. | Recross | Grand Ronde |
|  | 2:48 p.m. | Kenneth Gunn – Direct | PGE |
|  | 3:38 p.m. | Cross | Grand Ronde |
|  | 4:03 p.m. | Redirect | PGE |
|  | 4:13 p.m. | Recross | Grand Ronde |
|  | 4:29 p.m. | Mark Lindley – Direct | PGE |
|  | 5:01 p.m. | Break |  |
| 4/22/2025 | 9:05 a.m. | Mark Lindley – Continued Direct | PGE |
|  | 10:16 a.m. | Break |  |
|  | 10:36 a.m. | Continued Direct | PGE |
|  | 11:25 a.m. | Cross | Grand Ronde |
|  | 11:48 a.m. | Break |  |
|  | 1:17 p.m. | Continued Cross | Grand Ronde |
|  | 2:43 p.m. | Cross | State of Oregon |
|  | 2:48 p.m. | Redirect | PGE |
|  | 3:22 p.m. | Recross | Grand Ronde |
|  | 3:33 p.m. | Break |  |
|  | 3:59 p.m. | Megan Hill – Direct | PGE |
|  | 5:05 p.m. | Break |  |
| 4/23/2025 | 9:05 a.m. | Rod Brown – Direct | PGE |
|  | 9:55 a.m. | Cross | Grand Ronde |
|  | 10:31 a.m. | Redirect | PGE |
|  | 10:43 a.m. | Recross | Grand Ronde |
|  | 10:45 a.m. | Redirect | PGE |
|  | 10:46 a.m. | Break |  |

|  | 10:59 a.m. | Continuation of Megan Hill – Direct | PGE |
|---|---|---|---|
|  | 11:47 a.m. | Break |  |
|  | 1:18 p.m. | Cross | Grand Ronde |
|  | 1:59 p.m. | Redirect | PGE |
|  | 2:13 p.m. | Recross | Grand Ronde |
|  | 2:20 p.m. | Plaintiff Rests |  |
|  | 2:37 p.m. | Kelly Dirksen – Direct | Grand Ronde |
|  | 4:21 p.m. | Cross | PGE |
|  | 5:02 p.m. | Redirect | Grand Ronde |
|  | 5:06 p.m. | Cross | Amicus Siletz |
|  | 5:08 p.m. | Break |  |
| 4/24/2025 | 9:10 a.m. | Robert Greene – Direct | Grand Ronde |
|  | 10:06 a.m. | Cross | PGE |
|  | 10:36 a.m. | Redirect | Grand Ronde |
|  | 10:40 a.m. | Cross | State of Oregon |
|  | 10:41 a.m. | Recross | PGE |
|  | 10:43 a.m. | Redirect | Grand Ronde |
|  | 10:45 a.m. | Recross | PGE |
|  | 10:48 a.m. | Redirect | Grand Ronde |
|  | 10:48 a.m. | Break |  |
|  | 11:06 a.m. | Briece Edwards – Direct | Grand Ronde |
|  | 11:27 a.m. | Cross | PGE |
|  | 11:36 a.m. | Redirect | Grand Ronde |
|  | 11:39 a.m. | Recross | PGE |
|  | 11:41 a.m. | Cheryle Kennedy - Direct | Grand Ronde |
|  | 11:48 a.m. | Cross | PGE |
|  | 12:15 p.m. | Break |  |
|  | 1:45 p.m. | Joe Loomis – Direct | Grand Ronde |
|  | 2:09 p.m. | Cross | PGE |
|  | 2:14 p.m. | Redirect | Grand Ronde |
|  | 2:16 p.m. | David Fullerton – Direct | Grand Ronde |
|  | 2:45 p.m. | Cross | PGE |

|  | 3:14 p.m. | Redirect | Grand Ronde |
|---|---|---|---|
|  | 3:18 p.m. | Cross | Amicus Siletz |
|  | 3:20 p.m. | Recross | PGE |
|  | 3:27 p.m. | Break |  |
|  | 4:06 p.m. | Jeff Pulliam – Rebuttal Witness - Direct | PGE |
|  | 4:23 p.m. | Cross | Grand Ronde |
|  | 4:35 p.m. | Redirect | PGE |
|  | 4:39 p.m. | Recross | Grand Ronde |
|  | 4:42 p.m. | Kelly Dirksen – Rebuttal Witness - Direct | Grand Ronde |
|  | 4:50 p.m. | Break |  |
| 4/25/2025 | 11:11 a.m. | Maria Pope – Rebuttal Witness – Direct | PGE |
|  | 11:20 a.m. | Cross | Grand Ronde |
|  | 11:30 a.m. | Close of rebuttal testimony |  |
|  |  |  |  |